# EXHIBIT A



# Fairfax County Circuit Court

SEARCHES    CASES                                                                    LOGOUT

PUBLIC : CL-2022-0015045

CIVIL CASE

| | |
|---|---|
| Associated Cases (0) | |
| Case Status | |
| Civil Case | |
| Civil Hearings | |
| Commenced / Concluded By | |
| Document Service | |
| Exhibits | |
| Judges | |
| Prosecutors | |
| ROA | |
| Subpoenas | |

**C I V I L   C A S E**   ▶  CL-2022-0015045     Janine Satterfield vs. Wells Fargo & Company et al.     **C A S E   S T A T U S**  ▶ Pending - Nov 4, 2022

**C A S E   I N F O R M A T I O N**

| | | | |
|---|---|---|---|
| JUDGE | No Judge | APPELLATE CASE NO. | |
| PROSECUTOR | | LOCATION | |
| CASE SUBTYPE | Complaint-Legal Cause | FILING DATE | 11/04/2022 |
| FILE LOCATION | | APPEAL DATE | 00/00/0000 |
| REMAND DATE | 00/00/0000 | APPEAL ACCEPTED DATE | 00/00/0000 |
| DOM. VIOLENCE | ☐ | APPEAL UPHELD DATE | 00/00/0000 |
| JURISDICTION | Circuit | UNDER ADVISEMENT DATE | 00/00/0000 |
| PHYSICAL FILE | ☐ | PREVIOUS CASE NO. | |
| SEALED | ☐ | OTHER AGENCY CASE NO. | |
| COMMENCED BY | Initial filing | COMMENCED DATE | 11/04/2022 12:00 AM |
| CONCLUDED BY | | CONCLUDED DATE | 00/00/0000 00:00 AM |
| NEXT HEARING | | JURY REQUESTED | ☐ |
| BATCH LABEL | ☐ | JURY VERDICT | ☐ |
| COMPLEX CASE | ☐ | CLASS ACTION | ☐ |
| EXCEPTIONAL CASE | ☐ | | |
| COMMENT | * * * * * * * | | |
| JUDGMENT NUMBER | | | |

**L I T I G A N T S**                                                                1 - 4 of 4

| SEL | LITIGANT | STATUS | ROLE ▲ | ATTORNEY | CASE RELATIONSHIP |
|---|---|---|---|---|---|
| ☐ | Satterfield, Janine | | Plaintiff | Murphy, Kimberley Ann | N |
| ☐ | Navy Federal Credit Union | | Defendant | | N |
| ☐ | Wells Fargo & Company | | Defendant | | N |
| ☐ | Cook, Larry W Estate of | | Subject | | N |

REFRESH      CANCEL



## Fairfax County Circuit Court

| SEARCHES | CASES | | LOGOUT |
|---|---|---|---|

PUBLIC : CL-2022-0015045· Civil Hearing Summary· Commenced / Concluded by

**CIVIL CASE**

| | |
|---|---|
| Associated Cases (0) | |
| Case Status | |
| Civil Case | |
| Civil Hearings | |
| Commenced / Concluded By | |
| Document Service | |
| Exhibits | |
| Judges | |
| Prosecutors | |
| ROA | |
| Subpoenas | |

## CIVIL COMMENCED / CONCLUDED BY

| SEL | COMMENCED BY | COMMENCED DATE | CONCLUDED BY | CONCLUDED DATE |
|---|---|---|---|---|
| ☐ | Initial filing | 11/04/2022 12:00 AM | | |

[ REFRESH ]  [ CANCEL ]

1/3/23, 2:00 PM                                   Fullcourt Enterprise - Civil ROA Summary



## Fairfax County Circuit Court

SEARCHES    CASES                                                                                                    LOGOUT

PUBLIC : CL-2022-0015045 · Civil Hearing Summary · Commenced / Concluded by· ROA Summary

| | |
|---|---|
| **CIVIL CASE** | **C I V I L   R O A   S U M M A R Y** ▸ CL-2022-0015045   Janine Satterfield vs. Wells Fargo & Company et al.   **C A S E   S T A T U S** ▸ Pending - Nov 4, 2022 |

CIVIL CASE

- Associated Cases (0)
- Case Status
- Civil Case
- Civil Hearings
- Commenced / Concluded By
- Document Service
- Exhibits
- Judges
- Prosecutors
- ROA
- Subpoenas

SORT DATE    ○ Ascending    ● Descending

Advanced Search ▸

1 - 9 of 9

| | | | | | |
|---|---|---|---|---|---|
| ☐ | *DATE | 12/22/2022 11:52 AM | *JUDGE | Azcarate, Penney S. | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | ORD | ACTION TYPE ☐ |
| | *TEXT | Order entered - Navy Federal Credit Union shall have up to and including January 13, 2023, to answer, plead, or otherwise respond to the Complaint - PSA | | | |
| ☐ | *DATE | 12/20/2022 11:40 AM | *JUDGE | Defendant | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | MOT | ACTION TYPE ☐ |
| | *TEXT | Consent Motion for Extension of Time for Defendant Navy Federal Credit Union to Respond to Plaintiff's Complaint | | | |
| ☐ | *DATE | 12/07/2022 12:00 AM | *JUDGE | No Judge | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | SPS DT | ACTION TYPE ☐ |
| | *TEXT | Special Process Server Affidavit for Subpoena Duces Tecum Served on Navy Federal Credit Union- 12/02/2022- BU (Hannah Anderson) | | | |
| ☐ | *DATE | 11/28/2022 03:33 PM | *JUDGE | No Judge | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | SERV | ACTION TYPE ☐ |
| | *TEXT | Complaint Issued for Service to Wells Fargo & Company on 11/07/2022; Assigned to SPECIAL PROCESS SERVER, Service Fee of , 100 Shockoe Slip Fl 2, Richmond , VA 23219-4100 SERVED ON -11/18/2022 - Business (Dustine Kline, RA) | | | |
| ☐ | *DATE | 11/28/2022 03:23 PM | *JUDGE | No Judge | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | SERV | ACTION TYPE ☐ |
| | *TEXT | Complaint Issued for Service to Navy Federal Credit Union on 11/07/2022; Assigned to SPECIAL PROCESS SERVER, Service Fee of , 100 Shockoe Slip Fl 2, Richmond, VA 23219-4100 SERVED ON -11/18/2022 - Business (Dustin Kline, Employee) | | | |
| ☐ | *DATE | 11/07/2022 11:10 AM | *JUDGE | No Judge | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | ISSUED | ACTION TYPE ☐ |
| | *TEXT | Complaint Issued for Service to Navy Federal Credit Union on 11/07/2022; Assigned to SPECIAL PROCESS SERVER, Serve 100 Shockoe Slip Fl 2, , Richmond, VA 23219-4100 | | | |
| ☐ | *DATE | 11/07/2022 11:02 AM | *JUDGE | No Judge | MICROFILM NUMBER |
| | SEALED ☐ | | CODE | ISSUED | ACTION TYPE ☐ |
| | *TEXT | Complaint Issued for Service to Wells Fargo & Company on 11/07/2022; Assigned to SPECIAL PROCESS SERVER, Serve 100 Shockoe Slip Fl 2, , Richmond , VA 23219-4100 | | | |
| ☐ | *DATE | 11/04/2022 03:59 PM | *JUDGE | No Judge | MICROFILM NUMBER |

1/3/23, 2:00 PM

Case 1:23-cv-00009-CMH-LRV   Document 1-1   Filed 01/03/23   Page 5 of 211 PageID# 13
Full Court Enterprise - Civil ROA Summary

| SEALED | ☐ | CODE | A NEW CASE FILED | ACTION TYPE | |
|---|---|---|---|---|---|
| *TEXT | Complaint ($500,000.01 & above) (C) filed by Hale Ball Carlson Baumgartner Murphy PLC, Receipt Amount: $346.00 Receipt #: 997005 | | | | |

| ☐ | *DATE | 11/04/2022 03:59 PM | *JUDGE | No Judge | MICROFILM NUMBER | |
|---|---|---|---|---|---|---|
| | SEALED | ☐ | CODE | ATTY RETAINED | ACTION TYPE | |
| | *TEXT | Appearance filed by Attorney Kimberley Ann Murphy, Hale Ball Carlson Baumgartner Murphy, PLC for Janine Satterfield. | | | | |

1 – 9 of 9

[ LIST ]  [ REFRESH ]  [ CANCEL ]

SPS

**V I R G I N I A :**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

### PROOF OF SERVICE

Janine Satterfield
   Plaintiff
VS

Wells Fargo & Company et al.
   Defendant

CL-2022-0015045
Subtype: Summons/Complaint
Serve: Navy Federal Credit Union



STATE OF_____

CITY/COUNTY OF_____, to wit:

   This day _____

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid, and, having been first duly sworn according to law, deposes and states as follows:  that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the _____ day of _____, 20___, at

_____ o'clock _____.m. he/she served the within Complaint,  in person, on the Defendant

_____ at_____

_____

_____ and the Defendant  is / is not  a

resident of the State of Virginia.

_____
   AFFIANT                                    TITLE

   Subscribed and sworn to before me in my City/County and State aforesaid, this

_____ day of _____, 20_____.

                                                   Notary ID #: _____

_____
   NOTARY PUBLIC                              My Commission expires:_____

SPS

COMMONWEALTH OF VIRGINIA
CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

Janine Satterfield vs. Wells Fargo & Company et al.          CL-2022-0015045

TO:     Navy Federal Credit Union
        100 Shockoe Slip Fl 2
        Richmond VA 23219-4100

SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the Clerk's office
of this Court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment or decree against such party
either by default or after hearing evidence.

APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.

Done in the name of the Commonwealth of Virginia, on November 7, 2022.

JOHN T. FREY, CLERK

By: _____
                    Deputy Clerk

Plaintiff's Attorney: Kimberley Ann Murphy

**FAIRFAX CIRCUIT COURT**
**CIVIL CASE COVERSHEET**

2022 – 15045

**Parties:**

| Plaintiffs | Defendants |
|---|---|
| 1. In Re: Estate of Larry W. Cook | 1. Wells Fargo & Company |
| 2. | 2. Navy Federal Credit Union |
| 3. | 3. |

**\*Plaintiff proceeding without Counsel – Address and Daytime Phone Number required on Complaint**

**Plaintiff Attorney:**

Name: **Kimberley Murphy**          Bar ID: **45691**

Firm: **Hale Ball**

Street: **10511 Judicial Drive**

City: **Fairfax**          State: **VA**          Zip: **22030**

Phone Number: **(703) 591 - 4900**          Fax Number: **(703) 591 - 50 [?]**

E-mail Address: **kmurphy@haleball.com**

**Nature of Complaint (Check only one)**          **\* Cases in the Civil Tracking Program**

| | | |
|---|---|---|
| ☐ Administrative Appeal | ☐ Defamation * | ☐ Malpractice – Medical * |
| ☐ Affirmation of Marriage | ☐ Delinquent Taxes * | ☐ Mechanics/Vendors Lien * |
| ☐ Aid & Guidance | ☐ Eminent Domain | ☐ Partition * |
| ☐ Appeal Decision of Board of Zoning | ☐ Encumber/Sell Real Estate | ☐ Personal Injury – Assault * |
| ☐ Appeal of Process/Judicial Appeal | ☐ Erroneous Assessments | ☐ Personal Injury – Auto * |
| ☐ Appointment Church/Organization Trustees | ☐ Expungement | ☐ Personal Injury – Emotional * |
| ☐ Arbitration | ☐ False Arrest/Imprisonment* | ☐ Personal Injury – Premises Liability* |
| ☐ Attachment | ☐ Fiduciary/Estate Complaint | ☐ Property Damage* |
| ☐ Complaint – Equity  * | ☐ Garnishment–Federal–180 days | ☐ Products Liability* |
| ☒ Complaint – Legal Cause of Action * | ☐ Garnishment–Wage–180 days | ☐ Quiet Title * |
| ☐ Compromise Settlement | ☐ Garnishment–Other – 90 days | ☐ Real Estate * |
| ☐ Condemnation* | ☐ Guardian/Conservator Adult | ☐ Restoration of Driving Privilege |
| ☐ Confession of Judgment | ☐ Guardianship/Minor | ☐ Vital Record Correction |
| ☐ Construction  * | ☐ Injunction | ☐ Writ Habeas Corpus |
| ☐ Contract * | ☐ Interpleader | ☐ Writ Mandamus |
| ☐ Conversion* | ☐ Insurance * | ☐ Wrongful Death* |
| ☐ Court Satisfaction of Judgment | ☐ Judicial Review | ☐ Wrongful Discharge* |
| ☐ Declare Death | ☐ Malicious Prosecution * | ☐ OTHER: |
| ☐ Declaratory Judgment * | ☐ Malpractice – Legal * | |

Damages in the amount of $ **3,633,050.00** are claimed.

Requested Service:  ☐ Sheriff  ☐ Private Process Server  ☒ DMV  ☐ Secretary of Commonwealth
☐ State Corporation Commission  ☐ Publication  ☐ No Service at this time

CCR D-90 Civil Coversheet  (Revised – October 2011)

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

FILED
WHITAKE
2022 NOV -4 P 4: 10
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

| | |
|---|---|
| **IN RE:** **ESTATE OF LARRY W. COOK** ) | |
| **Deceased** ) | |
| _____ ) | |
| **JANINE SATTERFIELD**, Individually and in ) | |
| Her capacity as Administrator for the Estate of ) | |
| Larry W. Cook, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **2022-15045** |
| ) | |
| **WELLS FARGO & COMPANY,** ) | CaseNo.CL_____ |
| **SERVE AT:** 100 Shockoe Slip Fl 2, ) | |
| Richmond, VA, 23219-4100 ) | |
| ) | |
| AND ) | |
| ) | |
| **NAVY FEDERAL CREDIT UNION,** ) | |
| **SERVE AT:** 100 Shockoe Slip Fl 2, ) | |
| Richmond, VA, 23219-4100 ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### COMPLAINT

**COMES NOW** Plaintiff, JANINE SATTERFIELD, as the Administrator, of the Estate

of Larry W. Cook, by and through counsel, and respectfully states as follows:

### THE PARTIES

1.    Larry Cook (hereinafter "Mr. Cook") died intestate on April 21, 2021, a resident of

Fairfax County, Virginia.

2.    Esther J. Murphy, was Mr. Cook's mother, who predeceased him.

1

3.      At the time of his passing, Mr. Cook was the acting Trustee, and a beneficiary, of the Esther J. Murphy Trust (hereinafter "EJM Trust").

4.      Janine Satterfield (hereinafter "Ms. Satterfield" or "Administrator") is Mr. Cook's niece, and on June 14, 2021, qualified as the Administrator of his estate.  A copy of Ms. Satterfield's Certificate of Qualification is attached hereto and incorporated herein as **Exhibit 1**.

5.      Navy Federal Credit Union (hereinafter "NFCU") was one of two banks that Mr. Cook held a savings and checking account at and was the bank that allowed Mr. Cook to wire out, approximately, seventy-four (74) international wire transfers for a total amount of approximately $3,631,200.00 dollars to individuals maintaining accounts with the Bangkok Bank aka Bank of Bangkok and Standard Chartered[1].   In addition, Mr. Cook incurred $1,850 in wire transfers fees, at the rate of $25.00 per each wire transfer, with NFCU.

6.      Navy Federal Credit Union's principal place of business is 820 Follin Lane, S.E., Vienna, Virginia 22180.

7.      Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") is the bank that NFCU uses as the intermediary or correspondent bank for sending out all international wire transactions.

8.      Additionally, Wells Fargo was the other primary bank in which Mr. Cook held a checking and savings account, and the bank that allowed Mr. Cook to send out one (1) international wire to Bangkok Bank in the amount of $49,500.00.

9.      Wells Fargo has its principal office located in Sioux Falls, South Dakota, but has numerous branches of the bank located in and around the Commonwealth of Virginia.

### JURISDICTION AND VENUE

---

[1] Based on records produced by NFCU in response to subpoenas *duces tecum* issued by Plaintiff, two of the wire transfers appear to have been sent to accounts held with Standard Chartered. The remaining wire transfers went to account held with Bangkok Bank.

10.     This Court has original jurisdiction of this matter pursuant to Va. Code § 17.1-513, and has personal jurisdiction pursuant to Va. Code §§ 8.01-328 – 328.1, as more fully set forth below.

11.     Venue is proper in the Circuit Court of Fairfax County under Va. Code §§ 8.01-257, 8.01-261, and 8.01-262, as Defendants conduct substantial business in Fairfax County, and the harm occurred in Fairfax County.

## STATEMENT OF FACTS

12.     On April 21, 2021, Mr. Cook passed away at the age of seventy-six (76) years old.

13.     Prior to his death, Mr. Cook was a well decorated Navy Veteran having served this country for over forty years, and had an estimated net worth of approximately $8 million to $10 million dollars.

14.     Additionally, prior to his death, Mr. Cook was the Trustee, and a beneficiary, of his mother, Esther Murphy, Trust, which had an approximate value of about $1 million dollars.

15.     During his lifetime, Mr. Cook only used two primary banks to house his accounts, which were NFCU and Wells Fargo.

16.     Mr. Cook first opened accounts with both institutions in the 1970's and held a checking and saving account with both.

17.     On October 5, 2020, Mr. Cook received an unsolicited email from, what appeared, the company "Amazon", informing him of his recent purchase of an ipad and even providing instructions for whom to call with questions regarding this recent purchase.  A copy of said email is attached hereto and incorporated herein as **Exhibit 2**.

18.     Unbeknownst to Mr. Cook, he was falling prey to a very elaborate, and fraudulent, scam, a scam which NFCU later warned its customers about in a December 3, 2020, customer alert

3

titled "Fake calls from Apple and Amazon support: What you need to know", a copy of which is attached hereto and incorporated herein as **Exhibit 3**.

19.     On October 6, 2020, after receipt of the fraudulent email, Mr. Cook sent out the first wire, from his NFCU checking account to a stated individual with an account at Standard Chartered in Singapore.  This wire was made in person at the Vienna, NFCU branch.

20.     Between the time period of October 6, 2020, through April 20, 2021, a day before his death, Mr. Cook sent out a total of seventy-five (75) international wire transfers, to stated individuals holding accounts with Standard Chartered and the Bank of Bangkok, for a grand total of $3,680,700.

21.     Nearly all of the wire transfers were in the amount of $49,500.00, to, what appears to be a fictious name and address, and stated that the purpose was for a "Loan Repayment." A copy of the wire transfer receipts are attached hereto and incorporated herein as **Exhibit 4**.[2]

22.     A total of seventy-two (75) international wires were sent, seventy-four (74) of the wires were sent by Navy Federal Credit Union ("NFCU") and only one (1) was, successfully, sent through Wells Fargo.

23.     Having been an account holder since the 1970's, both NFCU and Wells Fargo have, or should have, a long history of Mr. Cook's daily transactions, and standard purchases and should have seen that, prior to October 6, 2020, Mr. Cook had never previously sent any international or domestic wire.

24.     On November 3, 2020, after sending out approximately fifteen (15) wires and basically liquidating his NFCU checking account, Mr. Cook went to Wells Fargo where he sent out one (1) international wire from his Wells Fargo checking account to the Bank of Bangkok.

---

[2] All personal identifying information has been redacted.

4

25.     Then, on November 5, 2020, Mr. Cook attempted to send a second international wire at Wells Fargo using his Wells Fargo checking account.  However, he was denied and ultimately ended up sending a domestic wire transfer from Wells Fargo to his NFCU checking account.  A copy of these transactions are attached hereto and incorporated herein as **Exhibit 5**.

26.     The exact reason that Wells Fargo denied Mr. Cook's international wire request is unknown.

27.     On November 10, 2020, just five (5) days after Wells Fargo denied his wire request, Mr. Cook was able to successfully send this same wire, and sixty-one (61) subsequent wires, by going to NFCU, which uses Wells Fargo as the intermediary bank to process its wires.

28.     On December 15, 2020, after, approximately, twenty-eight (28) wires had been sent out, NFCU representative, Robert Izzo, reported Mr. Cook to Fairfax County Adult Protective Services (APS), for what was detailed as "incoming wires and outgoing wires were conducted in a manner indicative of possible elder financial exploitation." A copy of the APS report is attached hereto and incorporated herein as **Exhibit 6**.

29.     In fact, the report reflects the following information:

a.      "Between 10/06/2020 and 12/11/2020, incoming wires and outgoing wires were conducted in a manner indicative of possible elder financial exploitation, totaling $2,343,700. The incoming wires which totaled $1,039,000, along with Mr. Cook's direct deposits from ALAC-OPEN, DFAS-CLEVELAND RET NET, SSA TREAS and ZIMMERMAN ASSOCIATES, sourced outgoing wire activity which totaled $1,304.700. **The member has no history of such activity.**" (Exhibit 6 at 2; emphasis added.)

b.      "The reason for the outgoing wires was LOAN REPAYMENT. According to numerous notes in our back office system, the member has been warned

5

numerous times that he is the victim of a scam, but he still wants to proceed with the wires. He appears to be mentally competent. Other account activity for the member reflects seemingly normal transactions and bill payments." (Exhibit 6 at 2.)

        c.    "APS communicated to Mr. Cook's bank that there was a risk for financial exploitation and **asked that his accounts continued to be monitored**." (Exhibit 6 at 8.)

30.    Prior to this report, it appears that NFCU never questioned, reported, or even attempted to stop any of Mr. Cook's international wires and instead, even after the APS Report was made, continued to process at least another forty-two (42) wires.

31.    While NFCU contended it had "numerous notes" in its back-office system, when Administrator subpoenaed NFCU's records through a court-ordered expansion of powers, none of these "notes" were ever produced. See Court Order – Expansion of Powers, attached hereto and incorporated herein as **Exhibit 7**.

32.    Additionally, in the APS report investigation, the section titled Risk of Harm, it is stated that, "APS learned that wire transfers continued to occur after the referral had been received. The risk for financial exploitation is high." *See* Exhibit 6.

33.    Upon completion of the investigation, APS sent a letter to NFCU, Robert Izzo, dated January 28, 2021, which stated, in relevant part, "[t]he investigation has been completed, and at this time, Mr. Cook is in need of protective services. Available and appropriate services will be offered." See copy of said correspondence attached hereto and incorporated herein as **Exhibit 8**.

34.    At no such time, before, during or after, making a report to APS, did NFCU stop wiring the money out.

35.    NFCU was negligent in allowing Mr. Cook to make these irregular wire transfers.

36.     NFCU failed to monitor Mr. Cook's account for suspicious, irregular, fraudulent, and /or unauthorized activity.

37.     NFCU failed to timely recognize that was suspicious, irregular, fraudulent, as detailed herein.

38.     NFCU failed to protect Mr. Cook's funds by timely terminating or suspending wire transfers and/or freezing his account or taking any other reasonable step to halt, including after it had altered Mr. Cook of that the transaction were likely related to a fraudulent scheme.

39.     NFCU failed to reasonably investigate the reason why Mr. Cook was wiring funds, usually in the amount of $49,500 to foreign accounts maintained at Standard Chartered and Bangkok Bank in, at least, seventy-four (74) successive, transactions over a period of less than seven (7) months when he had no history of making these types of transactions, particularly when taking it account the method of the transaction, the frequency of the transaction, the recipient of the transaction, and the amount of the transaction.

## COUNT I
## ASSUMPTION OF VOLUNTARY DUTY

40.     Paragraphs 1-39 are incorporated herein as if fully restated.

41.     On December 12, 2020, between NFCU and Mr. Cook due to the voluntary, Fairfax County Adult Protective Services report made by Mr. Robert Izzo, a NFCU representative, NFCU undertook the duty to protect Mr. Cook by voluntarily reporting him to APS for suspicious international wire transfers, and then failing to take the internal steps necessary to stop sending the wires out on his behalf.

42.     Under Virginia common law, unless a duty is owed by contract, the general rule is that no such duty exists to report or prevent potential third-party criminal acts.

43.     The exception to this rule is when a special relationship exists between the parties,

7

and actual harm, that was reasonably foreseeable, occurred.

44.     The Supreme Court of Virginia has widely held that a special relationship can be shown in the following two (2) circumstances: "(1) between the defendant and the third person which imposes a duty upon the defendant to control the third person's conduct, or (2) between the defendant and the plaintiff which gives a right to protection to the plaintiff." *Burns v. Gagnon*, 283 Va. 657, 669, 727 S.E.2d 634, 642 (2012).

45.     In the present case before the Court, NFCU did not have a contractual obligation to report Mr. Cook to APS, but rather, by doing so, a special relationship was formed, and therefore a duty to act was required.

46.     As such, under Virginia common law it has been widely viewed that when, "one who assumes to act, even though gratuitously, may thereby become subject to the duty of acting carefully, if he acts at all", apply. *Terry v. Irish Fleet, Inc.*, 296 Va. 129, 136, 818 S.E.2d 788, 792 (2018).

47.     Additionally, it is obvious that by virtue of the APS report, the concern was not only reasonably foreseeable, but the wire transfers were also, in fact, occurring and continued to occur even after the APS report was made.

48.     Suggesting on the one hand that Mr. Cook appeared "competent" but then stating on the other that he is or may be the victim of a scam, is inconsistent.

49.     Further, NFCU was alerted by APS by letter dated January 28, 2021, that Mr. Cook was in need of services, and that he was at risk of abuse, neglect or exploitation.

50.     As a direct result of NFCU failure to stop the international wires, Mr. Cook suffered damages of approximately three million six hundred and thirty-three thousand, and fifty dollars ($3,633,050.00). This amount represents the total amount transferred out ($3,631,200) plus, the

8

NFCU fees of ($1,850.00).

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant Navy Federal Credit Union in the amount of three million six hundred and thirty-three thousand, and fifty dollars ($3,633,050.00) plus pre- and post-judgment interest, attorneys' fees and costs, and such further relief as this honorable Court deems appropriate.

## COUNT II
## BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

51.    Paragraphs 1-50 are incorporated herein as if fully restated.

52.    Mr. Cook, as an account holder, was in a contract with both NFCU and Wells Fargo for checking, banking, and savings account services, as embodied in NFCU's Deposit Agreement & Disclosures and Wells Fargo's Deposit Account Agreement.

53.    Under the Uniform Commercial Code ("UCC"), an implied covenant of good faith and fair dealing governs all contracts.

54.    This is specifically stated in Va. Code § 8.1A-304, which details the obligation of good faith: "Every contract or duty within the Uniform Commercial Code imposes an obligation of good faith in its performance and enforcement."

55.    Defendants breached the covenant of good faith and fair dealing when they failed to adequately investigate the suspicious transactions and transfers coming from Mr. Cook's accounts.

56.    Each of Defendants' actions was done intentionally, and in bad faith, as such, Defendants failed to adequately perform under the terms of the contracts made with Mr. Cook.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant Navy Federal Credit Union in the amount three million six hundred and thirty-three

9

thousand, and fifty dollars ($3,633,050.00) plus pre- and post-judgment interest, attorneys fees and costs, and such further relief as this honorable Court deems appropriate and against the Defendant Wells Fargo, N.A. in the amount of forty five thousand five hundred dollars ($49,500.00), plus pre- and post-judgment interest, attorneys fees and costs, and such further relief as this honorable Court deems appropriate.

<div align="center">

**COUNT IIII**
**NEGLIGENCE/VOLUNTARY ASSUMPTION OF DUTY**

</div>

57.     Paragraphs 1 – 56 are incorporated herein as if fully restated.

58.     NFCU, a federally regulated credit union, owed a duty of care to Mr. Cook, a longtime customer.

59.     NFCU, as a financial institution, owed Mr. Cook a duty and/or voluntarily assumed a duty to act with ordinary and reasonable care.

60.     In this context, ordinary and reasonable care by a financial institution includes protecting its customers from fraud.

61.     As such, undertook the duty to reasonably protect its customer, Mr. Cook, from fraud; especially when the customer's accounts are displaying seriously irregular banking activity, including, but not limited to the wiring of $49,500 to Standard Chartered and Bangkok Bank seventy (70) times by a customer that has never engaged in numerous short term wire transactions of significant amounts of money before.

62.     NFCU further breached its duty to Mr. Cook when it allowed him, a long-time and elderly customer of the bank, to wire a total of three million six hundred and thirty-one hundred thousand, and two hundred dollars ($3,631,200.00), in seventy-three (74) separate wire transfers to Standard Chartered and Bangkok Bank without meaningfully investigating and/or questioning the validity of the wire transfers.

<div align="center">10</div>

63.     NFCU negligently breached its duty of care to Mr. Cook by failing to decline, prevent, or otherwise stop the fraudulent transactions, especially after it notified Mr. Cook of the suspected fraud and when NFCU reported Mr. Cook's conduct to NFCU.

64.     NFCU was negligent in failing to recall wire transfers after it became aware of the fraud being perpetrated against Mr. Cook.

65.     As a direct result of NFCU negligence and failure to act, Mr. Cook was harmed in the amount of three million six hundred and thirty-three thousand, and fifty dollars ($3,633,050.00).

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant Navy Federal Credit Union in the amount of three million three million six hundred and thirty-three thousand, and fifty dollars ($3,633,050.00), plus pre- and post-judgment interest, attorneys fees and costs, and such further relief as this honorable Court deems appropriate.

Respectfully submitted,

JANINE SATTERFIELD, Individually
and in Her capacity as Administrator for the
Estate of Larry W. Cook,

HALE BALL
Carlson Baumgartner Murphy, PLC

*Kimberley Ann Murphy by John B. Berg*
KIMBERLEY ANN MURPHY (VSB No. 45691)
kmurphy@haleball.com
LISA M. CAMPO (VSB No. 85898)
lcampo@haleball.com
10511 Judicial Drive
Fairfax, Virginia 22030
Telephone: (703) 591-4900
Facsimile: (703) 591-5082
*Counsel for Plaintiff*

11





**EXHIBIT**
**1**

# CERTIFICATE OF QUALIFICATION

## Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2021-0001199

I, **John T. Frey**, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that it appears of record in my office pursuant to law that:

Janine Williamson Satterfield

duly qualified in this court as Administrator for the estate of Larry W Cook, deceased.

A bond in the amount of $2,000,000.00 has been posted.

The powers of the fiduciary(ies) named above continue in full force and effect.

IN TESTIMONY WHEREOF I have hereunto set my hand, and affixed the seal of said Court hereto, at Fairfax, Virginia this 14th day of June, 2021.

TESTE: JOHN T. FREY, CLERK

By: _____
Deputy Clerk

Form 7          Certificate of Qualification.doc          version 1.1          Date Modified: 2/18/2019

10/6/2020

 **JUNO Message Center**

Printable Version


EXHIBIT
**2**

**From:** E-Order Shipping <info@amaznusshipping5hub.com>

**To:** "cooklw@juno.com" <cooklw@juno.com>

**Sent:** Mon, Oct 05, 2020 02:24 PM

**Subject:** Your order of two items is processed ...

Attachment (28KB)

---

**amazon** Prime

Your Orders  |  Your Account  |

## Order Confirmation
Order # 221-55978-645324673

### Hello cooklw@juno.com,

Thank you for your order. We'€™ll send a confirmation when your order ships. Your estimated delivery date is indicated below. If you would like to cancel your order or make any changes to it, please contact Order Help-Desk.

## Order Help-Desk 1-877-771-7377

Arriving:
**Thursday, October 08**

Your shipping speed:
prime **Two-Day Delivery**

View or manage order

Your order will be sent to:
**David B**
**Wellington, Florida**
**US**

*Tendulat Called Amazon & order Cancelled 10/6/20*

## Order summary
Order #221-55978-645324673
Placed on Monday, October 05, 2020



PlayStation 4 Console - 1TB Slim Edition
Electronics
Condition: New
Sold by: TheDelightStore
Fulfilled by Amazon

$ 348.00



New Apple iPad (10.2-inch, Wi-Fi, 32GB) - Space Gray
(Latest Model, 8th Generation)
Electronics
Condition: New
Sold by: Amazon
Fulfilled by Amazon

$ 329.00

*To be reversed!*

Item Subtotal:   $ 677.00
Delivery Charges:   $ 0.00

10/6/2020

Printable Version

*Gift Card:*      -$ 0.00

**Order Total:**      **$ 677.00**

*You received Bank Discount/Exchange Discount resulting in reduction of order total. The net you paid to the bank is equal to the order total.*

If you use a mobile device, you can receive notifications about the delivery of your package and track it from our app.

To ensure your safety, the Delivery Agent will drop the package at your doorstep, ring the doorbell and then move back 2 meters while waiting for you to collect your package.

Keep shopping with us.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# Cancellation Form

Refund form has been submitted.

Your Transaction Id: XXXX 2153A CB4GF 5F6HH 255H6 GFF91

Our representative will assist you with Online Refund Link (ORL) or Direct Bank to Bank Transfer.

Our representative will not take any personal information, as required by federal banking laws. Please note any information you provide us will be stored securely and in accordance with our Privacy Policy.

Please Follow the instruction below to get Your Refund:-

So you need to Login to Your online banking, our Representative will send a fund Receiving pop up on your online bank statement, where you will find two option one is accept and another one is Reject.
Once you click on accept then fund will be successfully transfer to your Bank account.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

10/8/2020                                    Printable Version

 **JUNO** Message Center

**From:** Sales Order <sales@mail.amazon-sold.in>

**To:** cooklw@juno.com

**Sent:** Wed, Oct 07, 2020 03:15 PM

**Subject:** Alert - Your order has been shipped

---

## amazon

### Shipping Confirmation
Order #4702-8221367-0235121

## Hello Customer,

We thought you'd like to know that we've dispatched your item(s). Your order is on the way. If you need to return an item from this shipment or manage other orders, Call our Toll-Free

If you need further assistance or to Cancel your order, **Call us Customer Service 1-800-738-0223(Toll-Free).**

---

Arriving:                          Your package was sent to:
**Tomorrow**                       **Napolo Na Mark**
                                   **1360 Bluejeans Lane**
                                   **Wellington, Florida**
                                   **33414, US**

Your package is being shipped by Amazon Transportation Services and the tracking number is 237738020351. Please note that a signature may be required for the delivery of the package.

## Shipment Details



Acer Nitro 5 Gaming Laptop, 9th Gen Intel Core i5-        **$.743.00**
9300H, NVIDIA GeForce GTX 1650, 15.6" Full HD
IPS Display, 8GB DDR4, 256GB NVMe SSD, Wi-Fi 6,
Backlit Keyboard, Alexa Built-in, AN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
Sold by John Densmore

*This has been stopped and can be ignored*

Item Subtotal:           $743.90
Shipping & Handling:     $00.00
Shipment Total:          **$743.00**

If you need further assistance or to Cancel your order, **Call us Customer Service 1-800-738-0223.**

**(Toll-Free)**

We hope to see you again soon!

**Amazon.com**





**FEDERAL TRADE COMMISSION**
**CONSUMER ADVICE**

Consumer Alert

# Fake calls from Apple and Amazon support: What you need to know

By:  Alvaro Puig  |  December 3, 2020  |

Scammers are calling people and using the names of two companies everyone knows, Apple and Amazon, to rip people off. Here's what you need to know about these calls.

In one version of the scam, you get a call and a recorded message that says it's Amazon. The message says there's something wrong with your account. It could be a suspicious purchase, a lost package, or an order they can't fulfill.

0:00 / 0:31

In another twist on the scam, you get a recorded message that says there's been suspicious activity in your Apple iCloud account. In fact, they say your account may have been breached.

0:00 / 0:25

In both scenarios, the scammers say you can conveniently press 1 to speak with someone (how nice of them!). Or they give you a phone number to call. Don't do either. It's a scam. They're trying to steal your personal information, like your account password or your credit card number.

If you get an unexpected call or message about a problem with any of your accounts, hang up.

- Do not press 1 to speak with customer support

- Do not call a phone number they gave you

- Do not give out your personal information

If you think there may actually be a problem with one of your accounts, contact the company using a phone number

or website you know is real.

Read our article to learn how to block unwanted calls on a mobile phone or on your home phone. And if you do get a call you think is a scam, report it at ReportFraud.ftc.gov.



Search Terms: scam

Topics: Unwanted Calls, Emails, and Texts

Scams: Phone Scams



EXHIBIT
**4**

March 03, 2021                                          09:32:07 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | |
| Address: | Duangdi Romsanuk |
| | 45/4 Soi Thian Talay 28 |
| | Bang Khun Thian-Chaithale Rd |
| Samae Dam Subdistrict, Bang Khun Thian District, Bangkok 10150 | |
| | Thailand |
| Date of Funds Availability: | 03/10/2021 |
| Confirmation Number: | OPF1338051249 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000    USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00    USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

NAME - Mr. Duangdi  Romsanuk

ADDRESS - 45/4 Soi Thian Talay 28, Bang Khun
Thian-Chaithale Rd, Samae Dam Subdistrict, Bang Khun
Thian District, Bangkok 10150


*********************************************************
********

BANK - BANGKOK BANK

ACOUNT NO — 0784090912

BRANCH ADDRESS - Bangkok Bank (Big C Phetkasem 2 Branch).
29/1 Moo 11, Petchkasem Road, Lak Song Subdistrict, Bang
Khae District, Bangkok 10160

SWIFT CODE — BKKBTHBK

Amount $49,500
Sun UFCU 0219031-705
Purpose Loan Repayment



March 03, 2021                                    09:30:37 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0784090912
Receiving Bank Identifier:            BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

March 02, 2021                                    09:26:50 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DUANGDI ROMSANUK |
| Address: | 45/4 SOI THIAN TALAY 28, BANG KHUN |
| | THIAN CHAITHALE RD SAMAE DAM |
| | BANG KHUN THIAN DIST. BANGKOK 10150 |
| | Thailand |
| Date of Funds Availability: | 03/09/2021 |
| Confirmation Number: | OPF1337942530 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

March 02, 2021                                      09:26:27 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:        0784090912
Receiving Bank Identifier:            BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



March 01, 2021                                          10:22:08 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DUANGDI ROMSANUK |
| Address: | 45/4 SOI THIAN TALAY 28 |
| | BANG KHUN THIAN-CHAITHALE RD |
| | SAMAE DAM SUBDISTRICT BANG KHUN THIAN DISTRICT 10150 |
| | Thailand |
| Date of Funds Availability: | 03/08/2021 |
| Confirmation Number: | OPF1337306084 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |


The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

*Confirmed ATB wire*

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



March 01, 2021                                    10:21:53 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:           0784090912
Receiving Bank Identifier:               BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 25, 2021                                    09:40:26 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Duangdi Rotsanuk |
| Address: | 45/4 Soi Thian Talay 28 Bang Khun |
| | Thian-Chaithale Rd, Samae Dam |
| | Bangkok 10150 |
| | Thailand |
| Date of Funds Availability: | 03/04/2021 |
| Confirmation Number: | OPF1337345975 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
®2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 25, 2021                                    09:38:50 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          0784090912
Receiving Bank Identifier:              BKKBTHBKTRD


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 24, 2021                                      09:25:09 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DUANGDI ROMSANUK |
| Address: | 45/4 SOI THIAN TALAY 28 |
| | BANG KHUN THIAN-CHAITHALE RD |
| SAMAE DAM SUBDISTRICT, BANG KHUN, | THIAN DISTRICT BANGKOK 10150 |
| | Thailand |
| Date of Funds Availability: | 03/03/2021 |
| Confirmation Number: | OPF1337070176 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



February 24, 2021                          09:25:09 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0784090912
Receiving Bank Identifier:              BKKBTHBKXXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 23, 2021                                    10:25:51 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Duangdi Romsanuk |
| Address: | 45/4 Soi Thian Talay 28 Bang Khun |
| | Thianchaithole Thian District |
| | Bangkok 10150 |
| | Thailand |
| Date of Funds Availability: | 03/02/2021 |
| Confirmation Number: | OPF1337254494 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000  USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00  USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit **navyfederal.org** for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
**www.consumerfinance.gov**

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677BL(6-17)



February 23, 2021                               10:24:25 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:        0784090912
Receiving Bank Identifier:            BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 22, 2021                                                    10:04:43 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DUANGDI ROMSANUK |
| Address: | 45/4 SOI THIAN TALAY 28 |
| | BANG KHUN THIAN-CHAITHALE RD |
| | BANGKOK SAMAE DAM SUBDISTRICT |
| | Thailand |
| Date of Funds Availability: | 03/01/2021 |
| Confirmation Number: | OPF1337244957 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



February 22, 2021                          10:03:33 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---:|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---:|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          0784090912
Receiving Bank Identifier:              BKKBTHBKXXX


**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 19, 2021                                    09:23:32 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Apichai Khaowmoung |
| Address: | 136 Moo 5 |
| | Sadiang Subdistrict Mueang |
| | Phetchabun District Phetchabun Province 67000 |
| | Thailand |
| Date of Funds Availability: | 02/26/2021 |
| Confirmation Number: | OPF1336942131 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.

©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 19, 2021                                    09:23:02 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          013-0-80414-9
Receiving Bank Identifier:              BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

Name- Mr. Apichai Khaowmoung

Address- 136 Moo 5, Sadiang  Subdistrict Mueang

City- Phetchabun District

State- Phetchabun Province

Zip code- 67000

******************************

Account no - 013-0-80414-9

Bangkok bank

Swift code- bkkbthbk

Branch- 0013 Ayutthaya Park Shopping Center

Bank address - 860 Phloen Chit Rd, Lumphini

City- Pathum Wan District

State- Bangkok

Zip- 10330

Amount : $49,500   In NFCU checking 0219031-705
Purpose: LOAN Repayment



**NAVY FEDERAL**
**Credit Union**

February 17, 2021                                    10:12:55 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Apichai Khaowmoung |
| Address: | 136 Moo 5, Sadiang |
| | Subdistrict Muaang |
| | Phetchabun District Phetchabun Province 67000 |
| | Thailand |
| Date of Funds Availability: | 02/24/2021 |
| Confirmation Number: | OPF1335940939 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



February 17, 2021                          10:12:55 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:        0130804149
Receiving Bank Identifier:            BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 16, 2021                                         11:19:49 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

International Bank Wire Transfer Receipt

| | |
|---|---|
| Designated Recipient: | APICHAI KHAOWMOUNG |
| Address: | 136 Moo 5 Sadiang Subdistrict |
| | Mueang |
| | Phetchabun District 67000 |
| | Thailand |
| Date of Funds Availability: | 02/23/2021 |
| Confirmation Number: | OPF1335346522 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



February 16, 2021                              11:19:23 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0130804149
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)


**NAVY FEDERAL**
Credit Union

February 12, 2021                          09:49:17 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | |
| Address: | APICHAI KHAOWMOUNG |
| | 136 MOO 5 SADIANG |
| | SUBDISTRICT MUEANG |
| | PHETCHABUN PHETCHABUN PROVINCE 67000 |
| | Thailand |
| Date of Funds Availability: | 02/22/2021 |
| Confirmation Number: | OPF1334049491 |

| | | |
|---|---|---|
| Transfer/Send Amount: | | $49,500.00 |
| Transfer Fees: | | $25.00 |
| Transfer Taxes: | | $0.00 |
| Total Amount: | | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | .1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)


**NAVY FEDERAL**
**Credit Union**

February 12, 2021                                     09:47:41 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---:|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---:|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          013-0-80414-9
Receiving Bank Identifier:              BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 08, 2021                                    10:06:51 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Apichai Khaowmoung |
| Address: | 136 Moo 5, Sadiang |
| | Subdistrict Nueang |
| | Phetchabun District Phetchabun Providence 67000 |
| | Thailand |
| Date of Funds Availability: | 02/16/2021 |
| Confirmation Number: | OPF1332642121 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



February 10, 2021                                        09:25:47 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Apichai Khaowmoung |
| Address: | 136 Moo 5, Sadiang |
| | Subdistrict Müeang |
| | Phetchabun District Phetchabun Province |
| | Thailand |
| Date of Funds Availability: | 02/18/2021 |
| Confirmation Number: | OPF1333741659 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 10, 2021                          09:24:57 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---:|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---:|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0130804149
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)


**NAVY FEDERAL**
**Credit Union**

February 09, 2021                                    11:28:42 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | APICHAI KHAOWMOUNG |
| Address: | 136 Moo 5 |
| | Sadiang Subdistrict Mueang |
| | Phetchabun District Phetchabun Province 67000 |
| | Thailand |
| Date of Funds Availability: | 02/17/2021 |
| Confirmation Number: | OPF1333342509 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 09, 2021                          11:27:20 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---:|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---:|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0130804149
Receiving Bank Identifier:              BKKBTHBKTRD

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

February 08, 2021                                10:05:27 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          013-0-80414-9
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 28, 2021                                    10:20:41 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| Designated Recipient: | SAROT KANA |
|---|---|
| Address: | 165 ALLEY BEHIND THE OLD MARK |
| | PHRAYA KRAI TEMPLE WAT |
| | PHRAYA KRAI BANGKKO LEM BANGKOK 10120 |
| | Thailand |
| Date of Funds Availability: | 02/04/2021 |
| Confirmation Number: | OPF1327141126 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(5-17)

4/9/21 Cancelation of wire
Transfer requested Thru NFC Reston

Name: Mr.Sarot Kaha

Address: 165 Alley Behind The Old Mark Phraya Krai Tample
Wat Phraya Krai Bang Kho Lem Bangkok 10120

**********************************************************

Bank:Bangkok Bank

Branch:Khlongsan branch

Bank Address: 5 Chareon Nakhon Road Khlong Ton Sai Khlong
San Bangkok Thailand 10600

Account Number: 1514331519

Swift Code:BKKBTHBK

Amount: $ 49,500
from NFCU chk 0219031-705
Purpose Loan Repayment

# ◼️JUNO Message Center

**From:** "Navy Federal Credit Union" <member.support@nfcu.org>

**To:** CookLW@juno.com

**Sent:** Mon, Feb 01, 2021 01:12 PM

**Subject:** Message from Navy Federal Credit Union [Incident:210201-026522]

   Wire Recall Reques... (62KB)

---

Dear Mr. Cook,

Per our conversation, please complete attached form with signature. Once received we will forward additional information to beneficiary bank. Please call 703-206-2605 if you have any additional questions. Thank you.

Do not respond to this email.  To send a response, please log into your account through www.navyfederal.org or the mobile app (available on iOS and Android devices) to send a secure message.



**NAVY FEDERAL**
**Credit Union**

### Wire Recall / Cancellation Request and Attestation

I understand that wires are irrevocable and Navy Federal cannot guarantee cancellation once the wire has been processed. Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

I agree to indemnify, defend, and hold harmless Navy Federal against any and all losses, damages, costs, and expenses (including reasonable attorney's fees) that Navy Federal suffers as a result of complying with this request and recovering the wire amount or any portion thereof and to reimburse Navy Federal for all such losses, damages, costs, and expenses. I am an authorized signer, or otherwise have authority to act, on the account identified in this statement and I consent to the disclosure of all relevant transaction information (including the account number of the account from which the funds were transferred) to third parties in Navy Federal's efforts to have the funds returned. I attest that neither the wire nor this request was originated with fraudulent intent by me or any person acting in concert with me.

**Payee Information**

| Name | MI | Last |
|---|---|---|
| SAROT | | Kaha |

| Payee Bank Name | Account No. |
|---|---|
| Bngkg Bangkok Bank Khlongsan Branch | 1514 33159 |

**Member Information**

| Name | MI | Last |
|---|---|---|
| LARRY | W. | Cook |

| Account No. | Date of Wire (MM/DD/YY) | Wire Amount $ |
|---|---|---|
| 0219031705 | 01/28/21 | 49,500 |

By signing below, I certify under penalty of perjury that all information is true and correct to the best of my knowledge.

| Signature | Date |
|---|---|
| LW Cook | 02/01/21 |

Federally Insured by NCUA.                    PO Box 3000  Merrifield, VA 22119-3000

**Error! Unknown document property name.**

**Navy Federal®**

# Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

| For Office Use Only | |
|---|---|
| Access No. | 693640 |
| Account No. | 0219031705 |

## A. Member Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY | W. | COOK | |

| Best Contact Number | | Account Number* | Date (MM/DD/YY) |
|---|---|---|---|
| 703-481-5267 | ☐ Business ☐ Cell ☒ Home | 0219031·705 | 01/28/21 |

## B. Payment Type Information

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
|---|---|---|---|
| $ 49,500 | $25.00 | ☒ USD | ☒ Member ☐ Power of Attorney ☐ Other____ |

## C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| BANGKOK BANK | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| In BANGKOK | Thailand | WELLS FARGO** |

Intermediary Financial Institution

| Address | City | State/Province | Postal Code |
|---|---|---|---|
| | | | |

## D. Payee's Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| SAROT | | Kaha | | ☒ Yes ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 165 Alley behind The Old Mack Phraya Krai | TEMPLE WAT Phraya Krai | BANG Kho Lem BangKok | 10/20 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| Mailand | 1574 33159 | Loan Repayment |

Remarks (additional wiring instructions)

BANK Address : Khlongsan Branch
5 Chareon NaKhon Road Khlong Ton Sai Khlong
San Bang Kok Thailand 10600        military 2D And
VA DL# 165396196 - Issued 06/30/2018 Exp - 08/30/2026              1882

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| *(signature)* | 01/28/21 |

*This is the account that the funds will be withdrawn from.

**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| VDW | 84423 | 1/28/21 | Yes | Yes |
| OPF No. | | Member ID | | |
| | | 693640 | | |

OPF 1327 141126

© 2019 Navy Federal NFCU 765B (4-19)

**Name**
**Address**

**City**

**State**

**Postal Code**

**Country**

**Intermediary FI Information**

**ID Type**

**ID:**

**Name:**

**Address:**

**City:**

**State:**

**Postal Code:**

**Country:**

**General Information**

**New Template Name:**

**Internal MFOU Comments:**

VADL # T65395796 ISSUED 06/30/2015 EXP
08/30/26

[Download Receipt] [Confirm] [Modify] [Cancel] [Change Payment Type]



January 26, 2021                                      09:48:50 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| | SAROT KAHA |
| Designated Recipient: | |
| Address: | 165 Alley Behind the Old Mark |
| | Phraya Krai Temple Wat |
| | BANGKOK Phraya Krai Bang Kho Lem 10120 |
| | Thailand |
| Date of Funds Availability: | 02/02/2021 |
| Confirmation Number: | OPF1325352087 |

| | | |
|---|---|---|
| Transfer/Send Amount: | $49,500.00 | |
| Transfer Fees: | $25.00 | |
| Transfer Taxes: | $0.00 | |
| Total Amount: | | |
| | $49,525.00 | |
| Exchange Rate: | US$1.00= | 1.0000 | USD |
| Total to Recipient: | | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



January 26, 2021                                    09:48:50 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | SAROT KAHA |
| Address: | 165 Alley Behind the Old Mark |
| | Phraya Krai Temple Wat |
| | BANGKOK Phraya Krai Bang Kho Lem 10120 |
| | Thailand |
| Date of Funds Availability: | 02/02/2021 |
| Confirmation Number: | OPF1325352087 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



January 26, 2021                          09:48:14 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          1514331519
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

## Electronic Payments and Settlement System

[Print] [Help] [Logout]

Users: 89423   Department: Branch Operations

| Dashboard | Payments | Manual Entry of Payments | Routing | Banks | BankGroups | Users |

### Confirm Dodd-Frank Final-Receipt

**Dodd-Frank Final-Receipt**

| | | | |
|---|---|---|---|
| Transfer Amount(USD): | 49500.00 | Payee Name: | SAROT KAHA |
| Transfer Fee(USD): | 25.00 | Address: | 165 ALLEY BEHIND THE OLD MARK |
| Total Amount(USD): | 49525.00 | | PHRAYA KRAI TEMPLE WAY |
| Exchange Rate: | 1.0000 | City: | PHRAYA KRAI BANGKHO LEM |
| Total to Recipient: | 49500.00 | State: | BANGKOK |
| | | Postal Code: | 10120 |
| | | Country: | TH |
| | | Phone: | |
| | | Date of Funds Availability: | 02-04-2021 |

**Member Information**

| | | | |
|---|---|---|---|
| Member Name: | LARRY W COOK | | |
| Address: | 912 BARKER HILL RD | Member Access Number: | 693640 |
| | | Member Account: | 0219031705 - Checking - $728,106.67 |
| | | Phone: | 7034919267 |
| City: | HERNDON | Email: | Cook.LW@juno.com |
| State/Province: | VA | Department: | Branch Operations |
| Postal Code: | 20170 | | |
| Country: | US | | |

**Payment Type Information**

| | | | |
|---|---|---|---|
| Template Name: | | Settlement Date: | 01-28-2021 |
| Payment Type: | Member International Fedwire Payment | Reg D Counter: | 0 |
| Payment Amount Option: | Normal | Request Made By: | Member |
| Amount (USD): | 49,500.00 | Source Of Request: | InPerson |
| Fee (USD): | 25.00  ☐ Waive Fee | | |
| Total Amount (USD): | 49,525.00 | | |

**Exchange Rate Information**

| | | | |
|---|---|---|---|
| Destination Country: | TH | Exchange Rate: | 1.0000 |
| Destination Currency: | USD | Exchange Amount: | 49500.005000 |
| Foreign Exchange Type: | USD to USD | FX Contract: | |

**Intermediary FI Information**

| | | | |
|---|---|---|---|
| Bank Name | WELLS FARGO NA | Bank Transit Routing Number | 026005092 |

**Payee FI Information**

**Payee Information**

| | | | |
|---|---|---|---|
| | | Payee is the Member | ☐ |
| ID Type: | BIC | Account/ID Type: | Proprietary |
| ID: | BKKBTHBKXXX | Account/ID: | 1514331519 |
| Name: | KHLONGSAN BRANCH | Name: | SAROT KAHA |
| Address: | 5 CHAREON NAKHON ROAD | Address: | 165 ALLEY BEHIND THE OLD MARK |
| | KHLONG TON SAI KHLONG | | PHRAYA KRAI TEMPLE WAY |
| | | City: | |

About CPF   Privacy   Contact   Terms & Conditions



January 28, 2021                                    10:20:41 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | BAROT KAHA |
| Address: | 165 ALLEY BEHIND THE OLD MARK |
| | PHRAYA KRAI TEMPLE WAT |
| | PHRAYA KRAI BANGKHO LEM BANGKOK 10120 |
| | Thailand |
| Date of Funds Availability: | 02/04/2021 |
| Confirmation Number: | OPF1327141126 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

# JUNO Message Center

**From:** "Ervin, Timothy J. (WF) (FBI)" <tjervin@fbi.gov>

**To:** "cooklw@juno.com" <cooklw@juno.com>

**Sent:** Thu, Jan 28, 2021 10:35 AM

**Subject:** FBI Interview request

Good morning Mr. Cook,

I stopped by your house this morning on Barker Hill Road, but you must have been out at the time.  I would like to speak with you about the large wire transfers you were sending in the last few months of 2020.  I am worried you may be the victim of fraud.  Please call me at the number below.

Regards,

SA Tim Ervin
FBI Washington Field Office
601 4th Street, N.W.
Washington, D.C. 20535
202-439-9211 (cell)

**Rifki Fauzi**

**+66825268709**

**Hotel Spa** Venture

Main poc for establishing a

Address of Rifki Fauzi
Athena, Jomtien Sai 2, Pattaya,
Bang Lamung District
Chon Buri 20150

NAME - Wongdean Labkerd                  *No*

ADDRESS - 22/55 Phetkasem Road, Hua Hin Subdistrict, Hua Hin District, Prachuap Khiri Khan Province

Zipcode: 77110

**********************

ACOUNT NO — 4907101515

BANK - BANGKOK BANK

SWIFT CODE — BKKBTHBK

BANK ADDRESS - 333 silom road , bangkok , thailand 10025

*Amount 49,500*

*for Upcu chk 0219031-705*



January 19, 2021                          09:56:22 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        7377053330
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



January 22, 2021                          10:05:21 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | CHANALIT PHENPAK |
| Address: | 4/14 SOI PRAKHAM RUAMJAI |
| | MINBURI SUBDISTRICT |
| | MINBURI DISTRICT BANGKOK 10510 |
| | Thailand |
| Date of Funds Availability: | 01/29/2021 |
| Confirmation Number: | OPF1323050723 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 22, 2021                                  10:04:07 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0900646340
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
®2017 Navy Federal NFCU 677AL(6-17)



January 20, 2021                              09:35:13 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RIFKI FAUZI |
| Address: | Athena Jomtien Sai 2 Pattaya, |
| | Bang Lamung District |
| | Chon Buri 20150 |
| | Thailand |
| Date of Funds Availability: | 01/27/2021 |
| Confirmation Number: | OPF1322842469 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union; you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 20, 2021                                   09:33:54 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

| NOT A RECEIPT | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          7377053330
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

```
Name       :  Rifki Fauzi
Address    : Athena, Jomtien Sai 2, Pattaya, Bang Lamung
District, Chon Buri 20150, Thailand
*****************************************
Bank.      : Bangkok bank
Branch     : SILOM ROAD
acc no     : 737-7-05333-0
Bank Address  : 333, Silom Rd., Bangkok 10500 Thailand
Swift code : BKKBTHBK
```

Amount : # 49,500

Purpose : Loan Repayment

From NFCU checking 0219031.705



January 19, 2021                                          09:56:22 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RIFKI FAUZI |
| Address: | ATHENA JONTIEN SAI 2, |
| | PATTAYA, BANG LAMUNG DISTRICT |
| | CHOU BURI 20150 |
| | Thailand |
| Date of Funds Availability: | 01/26/2021 |
| Confirmation Number: | OPP1322543170 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 25, 2021                                09:50:28 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0900646340
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 25, 2021                                    09:50:28 AM EST

LARRY N COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Chawalit Phenpak |
| Address: | 4/14 soi prakham Ruanjai |
| | Minburi Subdistrict |
| | Minburi district Bangkok 10510 |
| | Thailand |
| Date of Funds Availability: | 02/01/2021 |
| Confirmation Number: | OPF1325242698 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

```
***** Below comments added by James L Rios  1/25/2021  9:59:17 AM  *****
for wire (OPF1325242698) please Update wire address to:
4/14 Soi Prakham Ruamjai Minburi Subdistrict Minburi District Bangkok 10510
```

# Online Communication

Created By: **James L Rios**   01/25/2021 09:59:17 AM    SOB: SRL
Routed By:
Routed From:
Completed By:
OLC#:      20210125_095917838

General Information

| Name | LARRY W COOK | Access # | 693640 |
|---|---|---|---|
| Address 1 | 812 BARKER HILL RD | Home Ph | (703) 481-9267 |
| Address 2 | | Work Ph | Ext. |
| City/State/Zip | HERNDON VA 20170-3014 | | |
| E-mail | CookLW@juno.com | | |

Request Type

| Product | Savings |
|---|---|
| Topic | Bank Wire Addendum |
| Action Needed | Revised Wire Request |
| Account Number | |

Routing

| Route To | Funds Disbursement |
|---|---|
| Assigned To | |

Reply Instructions

| Respond By: |
|---|
| |
| |
| |
| |
| |

Details

Edit Document

Comments

Name- Mr. Chawalit Phenpak

Address- 4/14 Soi Prakham Ruamjai Minburi Subdistrict

City- Minburi District

State- Bangkok

Zip code- 10510

****************************

Account no - 090-0-64634-0

Bangkok bank

Swift code- bkkbthbk

Branch- 0090 Big C Suwintha wong Branch

Bank Address- 123 Moo 16, Suwintawang Rd., Minburi

City- Minburi

State- Bangkok

Zip- 10510

Amount $49,500
Purpose : Loan Repayment



**NAVY FEDERAL**
**Credit Union**

January 15, 2021                                         09:20:17 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| Designated Recipient: | CHOSAK BOONTHAI |
|---|---|
| Address: | 79/1 BANSAE ROAD |
| | TALAD SUBDISTRICT |
| | PHRA PRADAENG DISTRICT SAMUT PRAKAN PROINCE 10130 |
| | Thailand |
| Date of Funds Availability: | 01/25/2021 |
| Confirmation Number: | OPF1320742934 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



January 15, 2021                          09:19:40 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:        8677148267
Receiving Bank Identifier:            BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name: Mr. Chosak Boonthai

Address:79/1 Ban Sae Road Talad Subdistrict Phra Pradaeng
District Samut Prakan Province Thailand 10130

**************************************************
***

Bank:Bangkok Bank

Branch: tesco Lotus Prachauthit

Bank Address: 808/8 Prachauthi road thung khru Bangkok
10140

Account Number: 8677148267

Account Type:Saving

Swift Code:BKKBTHBK

Amount    $ 49,500
Purpose  Loan Repayment.

from NFCU checking $219031705



**NAVY FEDERAL**
**Credit Union**

January 14, 2021                                    11:12:33 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Chosak Boonthai |
| Address: | 79/1 Ban Sae Rd |
| | Talad Subdistrict |
| | Phra Pradaeng District Samut Prakan Province 10130 |
| | Thailand |
| Date of Funds Availability: | 01/22/2021 |
| Confirmation Number: | OPF1320343334 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

January 14, 2021                                    11:11:49 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          8677148267
Receiving Bank Identifier:               BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

**Navy Federal Credit Union®**
**Checklist for Sending an International Wire Transfer**

**Sender Information**

☐ Sender's Name *(First name, Last name)*   LARRY W. COOK

☐ Sender's Account Number   0219031705

☐ Sender Address   912 BARKER HILL ROAD, HERNDON, VA 20170

**Payee Information**

☐ Payee Name – as stated at the receiving financial institution   Chosak Boonthai

☐ Payee Account Number and Type   SAVINGS   8677148267
  • IBAN *(International Bank Account Number)* – structured international bank account number that can be up to 34 alphanumerical characters depending on the intended country
  • CLABE *(Clave Bancaria Estandarizada)* – a standard structured 18-digit account number used in Mexico that uniquely identifies account holders

☐ Payee Address   79/1 Ban Sae Road Talad Subdistrict Phra Pradaeng District Samut Prakan Provid/ce Thailand 10150

☐ Further credit information may be placed in remarks, if applicable
  • This can include additional account information if the receiving financial institution has a larger account to which they will disburse the funds *(Example: Investment firms)*

**Receiving Financial Institution Information**

☐ Payee's Financial Institution Name   Bangkok Bank

☐ SWIFT/BIC of Financial Institution   BKKBTHBK
  • Society of Worldwide Interbank Financial Telecommunications/Bank Identifier Code
  • A Bank Identifier Code comprised of 8 to 11 characters that identifies the beneficiary financial institution used primarily internationally

☐ Intermediary/Correspondent Bank Name and Routing Number, if applicable
  • A financial institution that provides services on behalf of another in order to credit the beneficiary's financial institution

**Transfer Information**

☐ Transfer amount   $49,500

☒ Whether transfer is to a third party
  • Anyone other than yourself

☐ Any remarks needed on wire, if applicable
  • Additional wiring instructions *(Example: For further credit information)*

✓ • U.S. dollars or foreign currency

☐ Type of wire/purpose of wire   LOAN REPAYMENT

**Remarks**

Bank Address: Tesco Lotus Prachauthi Branch
        908/8 Prachauthi Road Thung Khru
        Bangkok 10140

**Note**
  • Navy Federal charges a $25.00 wire fee for all wires being sent internationally.
  • Funds are generally received at the other financial institution within five to seven business days.

© 2015 Navy Federal NFCU 778A (5-15)



December 29, 2020                                    09:33:46 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RUNGPO SATASU |
| Address: | 63 MOO 7 CHOMPRAI SUBDISTRICT |
| | MUEANG PHETCHABUN |
| | DISTRICT PHETCHABUN 67000 |
| | Thailand |
| Date of Funds Availability: | 01/06/2021 |
| Confirmation Number: | OPF1307752729 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



December 29, 2020                          09:32:20 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:           8677150263
Receiving Bank Identifier:               BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name: Miss.Rungpo Satasu

Address:63 Moo 7 Chomprai Subdistrict Mueang Phetchabun
District Phetchabun Province Thailand 67000

*********************************************************
**

Bank:Bangkok Bank

Branch: tesco Lotus Prachauthit

Bank Address: 808/8 Prachauthi road thung khru Bangkok
10140

Account Number: 8677150263

Account Type:Saving

Swift Code:BKKBTHBK

Amount: $ 49,500
Purpose: Loan Repayment
from: UFCU checking. 0219031.7405



December 28, 2020                          09:44:52 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RUNGPO SATASU |
| Address: | 63 MOO 7 CHOMPRAI |
| | SUBDISTRICT MUEANG PHETCHABUN |
| | DISTRICT PHETCHABUN PROVINCE THAILAND 67000 |
| | Thailand |
| Date of Funds Availability: | 01/05/2021 |
| Confirmation Number: | OPF1307342919 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |


The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
ᴰ2017 Navy Federal NFCU 677BL(6-17)



December 28, 2020                                09:43:43 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |

| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          8677150263
Receiving Bank Identifier:              BKKBTHBKTRD

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

**SERVICE CONFIRMATION**
12/23/2020
LARRY W COOK



## CHASE PRIVATE CLIENT

### CLIENT CONTACT INFORMATION

**Name**

☐ LARRY W COOK

**E-Mail Address**

☐ cooklw@juno.com

**Residential Address**

☐ 912 BARKER HILL RD
   HERNDON, VA 20170-3014
   USA

| **Address Details** | **Accounts Using this Address** |
|---|---|
| ☐ 912 BARKER HILL RD<br>HERNDON, VA 20170-3014<br>USA | Safe Deposit Box ending in 4333<br>Chase Sapphire Ckg ending in 2799 |
| ☐ 912 BARKER HILL RD<br>HERNDON, VA 20170-3014<br>USA | Chase Private Client Checking ending in 8889<br>Chase Private Client Savings ending in 5785 |

**Telephone Numbers**

| ☐ Home # | (703) 481-9267 |
|---|---|
| ☐ Work # | No Secondary Phone Number on file |
| ☐ Cellular # | (202) 725-7945 |
| ☐ Fax # | No Fax Number on file |
| ☐ International # | No International Phone Number on file |

### WHAT WE DID FOR YOU TODAY

**Financial Transaction**

☐ We submitted your Domestic wire transfer of $99000.00 USD from your account ending in 2799 to
   LARRY W COOK. Please refer to the Wire Transfer Outgoing Request form for more information.

MARTA ALEMAN DE TAPIA          Sterling Clock Tower                                    (614) 248-5800

If you have questions, please contact your Private Client Banker, or call your 24/7 Client Service line at 1 (888) 994-5626, or 1 (405) 235-4847 from abroad.
Refer to your Deposit Account Agreement and Supplemental Deposit Account Agreement for complete account details.
Deposit products provided by JPMorgan Chase Bank, N.A. Member FDIC
"Chase Private Client" is the marketing name for a business within JPMorgan Chase & Co., and its subsidiaries.
Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by Chase Investment Services Corp., member FINRA and SIPC.
© 2012 JPMorgan Chase Bank, N.A. Member FDIC

## Wire Transfer Outgoing Request                    CHASE ⬡

### Wire Transfer Sender Information

| | |
|---|---|
| Sender Name: | |
| LARRY W COOK | |

| Account Name: | Street Address: |
|---|---|
| LARRY W COOK | 912 BARKER HILL RD |
| OR ESTHER J MURPHY | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| HERNDON | VA | 20170-3014 | USA | 703-481-9267 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | VA | t6396796 | 06/30/2018 | 08/30/2026 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| | | | | |

| Comments: |
|---|
| |

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 12/23/2020 | 10:14:23AM Eastern time | 12/23/2020 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
|---|---|---|---|
| XXXX2799 | CHASE SAPPHIRE CHKG | $99,000.00 | |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Checking | |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $99,000.00 |

| FX Contract Number: |
|---|
| |

### Recipient Account Information

| Account Name: | | | |
|---|---|---|---|
| LARRY W COOK | | | |

| Street Address: | Account Number: | | |
|---|---|---|---|
| | 219031705 | | |
| | City: | State: | Zip: | Country: |

| Text to Recipient: |
|---|
| |

### Receiving Bank Information

| Bank Name: |
|---|
| Navy FCU |

| Street Address: | Bank ABA/SWIFT Code: | | |
|---|---|---|---|
| 9999 Willow Creek Rd | 256074974 | | |
| | City: | State: | Zip: | Country: |
| | San Diego | CA | 92131 | USA |

| Intermediary Bank Name: |
|---|
| |

| Street Address: | Intermediary Bank ABA: | | |
|---|---|---|---|
| | City: | State: | Zip: | Country: |

| Text to Receiving Bank: |
|---|
| |

# Wire Transfer Agreement

**1. Service.**

The terms and provisions in this Wire Transfer Agreement ("Agreement") describe our wire transfer service, including what you can expect from us (JPMorgan Chase Bank, N.A.) and the security procedures we will take when you send a wire transfer. If there is a conflict between any section of your Deposit Account Agreement and this Agreement, the provisions of this Agreement will apply.

The following types of wire transfers, when completed by a branch banker or by a Chase Private Client banker, are governed by this Agreement:

- **Domestic Wire Transfer:** A wire transfer sent to a bank within the U.S., including its territories.
- **International Wire Transfer:** A wire transfer sent in either U.S. or foreign currencies, including using our Chase Global Transfer service, to a bank outside the U.S. **Consumer International Wire Transfers** are wires that are sent from an account used primarily for personal, family, or household purposes.

By providing your signature as authorization, as part of our security procedures, you agree to these terms and conditions and authorize us to provide you Domestic Wire Transfers or International Wire Transfers. Wire transfers, when completed using our Online Services or Mobile Services, are governed by a separate agreement.

**2. Security Procedures.**

These security procedures are only to help prevent unauthorized access to your account. All wire transfer requests go through an internal review, and we may need to contact you to verify information about your wire transfer. We may impose stricter security procedures for any particular wire transfer you make, but we have no obligation to do so. If we choose to impose stricter security procedures, we will not be liable to you for any delays or losses, and we will not be obligated to impose such security procedures in the future.

**(a) For Chase Branch Wire Transfers Only:**

When you request a wire transfer in a branch you will be required to provide your signature as authorization for each wire transfer and show valid identification. You acknowledge these security procedures used for wire requests you make in a branch are a commercially reasonable method of verifying your branch wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.

**(b) For Chase Private Client Customers Only:**

Only Chase Private Client Telephone Banking can complete your wire transfer request using this service. To request wire transfers, you must provide your signature as authorization and maintain an active Chase Private Client Checking or Savings account. On the authorization form you can place a dollar limit on the wire transfers you request.

- You may request a wire transfer by telephone, and you agree that we will confirm your request by using any of the following security procedures, at our discretion:
  - Confirming certain personal information about you.
  - Contacting you, another account holder or someone else you have listed on the authorization form.
- You may request a wire transfer by email, and you agree that we will confirm your request by contacting you or another account holder.
- We may call you at any phone number we have for you in our records or to the phone numbers provided on the authorization form.

- You acknowledge that we offer wire transfer services in person at our branches, or online which provide a higher level of security for your accounts, and you can use these options instead. You acknowledge the respective security procedures above for wire transfers are a commercially reasonable method of verifying your wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.
- If you do not specify the account from which to subtract the funds, we can subtract the amount of the wire transfer from any account you designated on the authorization form.

**3. Processing, Canceling, Delays and Notifications of Wire Transfers.**

**(a) Processing:** We'll start processing your wire transfer the same business day if we receive it before the cutoff times we establish from time to time or provide you at the time you request your transfer. If we receive your request after that time, we'll process it the following business day. After we start processing your wire transfer, you must have available funds in the deposit account you designated in your instructions.

**(b) Canceling:** You have the right to cancel Consumer International Wire Transfers at no cost to you within 30 minutes after you have authorized us to send it. For all other wire transfers, once you have submitted a wire transfer for the current business day, you cannot cancel it after we've begun processing, but you may request us to attempt to return the funds to you. If the recipient's bank agrees, your funds may be returned to you, but likely not the full amount that was originally sent. We will not automatically cancel your wire transfer due to the transfer being delayed by more than five business days; if we do cancel your wire transfer we'll notify you.

**(c) Modifying:** Once a wire transfer has begun processing, we will not be able to change any type of wire transfer requests unless the recipient's bank agrees. If the recipient's bank declines to change the wire transfer request, you will be responsible for the transfer you initially requested.

**(d) Internal Review:** During our internal review, we may subtract funds from your account or place a hold on your account and it may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.

**(e) Notifications:** We will send you an email notification on the status of your wire transfer. It will be sent to an email address you have provided. We may also notify you verbally of the status of your wire transfer, but we are not required to do so. If you do not have an email address on file, if the email is returned undeliverable, or we are unable to send an email due to system failures or outages beyond our reasonable control, it is your responsibility to monitor your account for the status of your wire transfer. You may contact us for the status of your wire transfer. These notification methods are deemed to be commercially reasonable. Any other information we may provide upon successfully scheduling a wire transfer is only an indication that we've received your request and not an indication that we've accepted your wire transfer.

**4. Identifying Number.**

We or any other bank involved in the wire transfer will complete your wire transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. *If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.*

## Wire Transfer Agreement - continued

**5. Future Dated Wire Transfers.**
You may request a future dated (one –time) domestic wire transfer, up to 10 business days from the current business day's cutoff time. You cannot cancel a future dated wire transfer once it has been requested.

**6. Foreign Exchange Transfer.**
It is our discretion in which foreign currencies we will send wire transfers, and these can change at any time. If you send a wire transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offered at the time you requested it. The foreign exchange rates we use are determined by us in our sole discretion.

The exchange rate we use will include a spread and may include commissions or other costs that we, our affiliates, or our vendors may charge in providing foreign currency exchange to you. The exchange rate may vary among customers depending on your relationship, products with us or the type of transaction being conducted, the dollar amount, type of currency, and the date and the time of the exchange. You should expect that these rates will be less favorable than rates quoted online or in publications.

If the funds are returned or payment cannot be made for any reason, we will not be liable for more than the amount of the wire transfer at our exchange rate at the time we return the funds to you, less charges taken by any other bank involved in the wire transfer. If you cancel a funds transfer request, other than a cancellation of a Consumer International Funds Transfer within 30 minutes after you authorized us to send it, and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, cancelled or changed, your new wire transfer request will be subject to a new exchange rate.

If the wire transfer is not in the currency of the recipient's account, the recipient's bank or another processing bank may reject the wire transfer or convert it. If converted, you agree the wire transfer may be converted to a different currency at their exchange rate and may subtract additional fees.

**7. Fees and Payment Route.**
We may charge a fee when you use this service. Please refer to your account agreement or product information for fees that may apply. We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we also are the recipient's bank, we may complete your request using an internal transfer. You are responsible for all fees and taxes, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.

**8. Wire Transfer System Rules and Laws.**
The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements, including the respective state's Uniform Commercial Code Article 4A, as may be applicable. If you make a Consumer International Wire Transfer, it is also subject to additional federal laws and regulations which, in the event of a conflict with this Agreement, will govern. All of your wire transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.

**9. Indemnification.**
You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if you or a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.

**10. Failure to Perform; Limitation of Liability.**
We are only responsible for performing the services specified in this Agreement. We will not be liable for the failure or delay of any wire transfer or for failing to meet other obligations in the Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, third party actions, natural disasters, equipment or system failures, labor disputes, wars or riots. We are not liable for any indirect, special or consequential damages.
Any provision of this Agreement that limits the bank's liability does not negate the bank's duty (if any) under applicable law to act in good faith and with reasonable care.

**11. Changes to the Agreement**
We may change the terms of this Agreement, including fees and features of this service, at any time. If any change would adversely affect you, we will notify you in advance, unless the change is necessary to comply with a legal requirement.

We may direct you to a branch or to your Chase Private Client banker for the content of any changes or the revised Agreement unless the law requires a different method. Your use of this service after we have made such changes available will be considered your agreement to the change.

By providing your signature as authorization, you agree to these terms and conditions, that the wire transfer information in this document is accurate and you authorize us to process this wire transfer.

Recipient Bank's Identifier (ABA/SWIFT): 256074974        Recipient's Account Number: 219031705

Sender's Signature: _____        Date: 12/23/20

Email Address: cooklw@juno.com

Transaction Number (Contact ID): 634604695180001

The Email Address and Transaction Number provided will be used for communication purposes.

**Branch / Department Information**

Initiated by: MARTA ALEMAN DE TAPIA _____ Initiating Branch: Sterling Clock Tower Phone: 614-248-5800 _____ Request Time: 10:14:23AM

Wire Transfer:  ☐ Approved   ☐ Declined     Approved/Declined by (Print): _____

Approved/Declined by (Signature): _____ Date: _____

Decline Reason: _____ Comments: _____

Approving Manager (wire amount over limit) _____

Method of Approval (attach required supporting documentation)  ☐ Phone call  ☐ Email  ☐ Other (explain) _____

**Wire Tracking Information**
FX Contract Number (if applicable) _____



**NAVY FEDERAL Credit Union**

December 22, 2020                                    09:36:38 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Sayiam Lamlert |
| Address: | 223 Moo 1 Tambon Neon Phra Prang |
| | Song Phi Nong |
| | District Suphanburi Province 72110 |
| | Thailand |
| Date of Funds Availability: | 12/30/2020 |
| Confirmation Number: | OPF1306641676 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

December 22, 2020                              09:35:44 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | | $49,500.00 |
|---|---|---|
| Transfer Fees: | | $25.00 |
| Transfer Taxes: | | $0.00 |
| Total Amount: | | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0748024437
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name: Mr. Sayiam Lamlert

Address: 223 Moo 1 Tambon Noen Phra Prang Song Phi Nong District Suphanburi Province Thailand 72110

**********************************************
Bank:Bangkok Bank

Branch: Avani Riverside

Bank Address: Riverside Plaza 3rd Floor Samre Thonburi Buri Bangkok 10600

Account Number: 0748024437

Swift Code:BKKBTHBK

Amount $ 49,500
Purpose: Loan Repayment



December 21, 2020                                    10:03:40 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | SAYIAM LAMLERT |
| Address: | 223 MOO1 TAMBON NOEN |
| | PHRA PRANG |
| | SONG PHI NONG DISTRICT SUPHANBURI PROVIDENCE 72110 |
| | Thailand |
| Date of Funds Availability: | 12/29/2020 |
| Confirmation Number: | OPP1306142745 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

December 21, 2020                                    10:02:13 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0748024437
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Navy Federal®
## Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only |
|---|
| Access No. 693640 |
| Account No. 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

**A. Member Information**

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY | W. | Cook | |

| Best Contact Number | | Account Number | Date (MM/DD/YY) |
|---|---|---|---|
| 703-481-9267 | ☐ Business ☐ Cell ☒ Home | 0219031705 | 12/21/20 |

**B. Payment Type Information**

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
|---|---|---|---|
| $ 49,500 | $25.00 | ☒ USD | ☒ Member ☐ Power of Attorney ☐ Other _____ |

**C. Financial Institution Information**

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| BANGKOK BANK | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| BANGKOK | Thailand | WELLS FARGO** |

Intermediary Financial Institution

| Address | City | State/Province | Postal Code |
|---|---|---|---|
| | Prang | | |

**D. Payee Information**

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| SAYJAM | | LAMLERT | | ☒ Yes ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 223 Mool Tambon Noen Phra Song Phi Nong District Suphanburi Providence | | | 72110 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| Thailand | 0748024437 | Loan Repayment |

Remarks (additional wiring instructions)
Bank Address: Riverside Plaza 3rd floor Samre Thonburi
Buri, BANGKOK 10600

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| *LW Cook* | 12/21/20 |

*This is the account that the funds will be withdrawn from.
**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| JP | 40881 | 12/21/20 | Y | Y |
| OPF No. 1 06142745 | | | Member ID VA DL T65396796 EX 8/30/26 | |

© 2019 Navy Federal NFCU 755B (4-19)



December 17, 2020                                    09:50:40 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | MANAS PANYOSRI |
| Address: | 61 SOI PHETKASEM 35/2 BANG NA |
| | SUBDISTRICT PHASICAROEN DISTRICT |
| | BANGKOK 10160 |
| | Thailand |
| Date of Funds Availability: | 12/24/2020 |
| Confirmation Number: | OPF1304041952 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



December 17, 2020                              09:50:40 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0210508800
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

NAME- Manas Panyosri

ADDRESS-  61 Soi phetkasem 35/2 Bang Wa Subdistrict,
Phasicharoen District,Bangkok
Zipcode: 10160

*********************************************
ACOUNT NO — 0210508800

BANK - BANGKOK BANK

BANK ADDRESS- Number 618/1 Big C Saphan Khwai,
Phaholyothin Road, Samsen Nai Sub-district, Phaya Thai
District, Bangkok 10400

SWIFT CODE — BKKBTHBK

Amount $ 49,500

Purpose: Loan Repayment
from NFCU checking $219031705

## Electronic Payments and Settlement System

Print | Help | Logout

User: A9413   Department: Branch Operations

Dashboard | Payments | Manual Entry of Payments | Routing | Banks | BankGroups | Users

## Dodd-Frank Pre-Receipt

### Member Information

| | |
|---|---|
| Member Name: | LARRY W COOK |
| Address: | 912 BARKER HILL RD |
| City: | HERNDON |
| State/Province: | VA |
| Postal Code: | 20170 |
| Country: | US |

| | |
|---|---|
| Member Access Number: | 693640 |
| Member Accounts: | 0219031705 |
| Phone: | 7034019267 |
| Email: | CookLW@juno.com |
| Department: | Branch Operations |

### Payment Type Information

| | |
|---|---|
| Template Name: | |
| Payment Type: | Member International Fedwire Payment |
| Payment Amount Option: | Normal |
| Amount (USD): | 49,500.00 |
| Fee (USD): | 25.00 |
| | ☐ Waive Fee |
| Total Amount (USD): | 49,525.00 |

| | |
|---|---|
| Settlement Date: | 12-17-2020 |
| Reg D Counter: | |
| Request Made By: | Member |
| Source Of Request: | InPerson |

### Exchange Rate Information

| | |
|---|---|
| Destination Country: | TH |
| Destination Currency: | USD |
| Foreign Exchange Type: | USD to USD |

| | |
|---|---|
| Exchange Rate: | 1.0000 |
| Exchange Amount: | 49500.000000 |
| FX Contract: | |

### Intermediary FI Information

| | |
|---|---|
| Bank Name | WELLS FARGO NA |
| | |
| Bank Transit Routing Number | 026005092 |

### Payee FI Information

Payee Information

Payee Is the Member   ☐

| | |
|---|---|
| ID Type: | BIC |
| ID: | BKKBTHBKXXX |
| Name: | BANGKOK BANK PUBLIC COMPANY LTD. |
| Address: | 618/1 BIG C SAPHAN KHWAI |
| | PHAHOLYATHIN ROAD, |
| | SANSEN NAI SUB-DISTRICT PHAYA THAI |
| City: | BANGKOK |
| State: | |
| Postal Code: | 10400 |
| Country: | TH |

| | |
|---|---|
| Account/ID Type: | Proprietary |
| Account/ID: | 0210508800 |
| Name: | MANAS PANYOSR |
| Address: | 61 SOI PHETKASEM 35/2 BANG WA |
| | SUBDISTRICT PHASICAROEN DISTRICT |
| City: | BANGKOK |
| State/Province: | |
| Postal Code: | 10160 |
| Country: | TH |
| Phone Number: | |

FI to FI Information:

Originator to Payee/ Purpose of Payment:

### Payee Branch Information

ID:

About OFF   Privacy   Contact   Terms & Conditions



**NAVY FEDERAL**
**Credit Union**

December 16, 2020                                          10:14:19 AM EST

LARRY N COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DAODEN ROMSANUK |
| Address: | 45/4 soi thientalay, bang khun |
| | thian chaithale rd. samae dam |
| | subdistrict, bang khun thian distri bangkok 10150 |
| | Thailand |
| Date of Funds Availability: | 12/23/2020 |
| Confirmation Number: | OPF1302741297 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL Credit Union**

December 16, 2020                                10:03:26 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        0100491083
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

NAME- Mr. Daoden Romsanuk

ADDRESS-  45/4 Soi Thientalay, Bang Khun Thian-Chaithale
Road, Samae Dam Subdistrict, Bang Khun Thian District
Bangkok
Zipcode: 10150

****************************
ACOUNT NO- 0100491083

BANK-BANGKOK BANK

ADDRESS-Big C Rama 2 189/1 Moo 1, Rama 2 Road, Samae Dam
Subdistrict, Bang Khun Thian District  Bangkok 10150
 Bangkok 10150

SWIFT CODE-BKKBTHBK

City: Bangkok
State: Bangkok

Zipcode: 10160

Amount $49,500
fm NFCU 0219031705
checking
Purpose Loan Repayment



**NAVY FEDERAL**
**Credit Union**

December 14, 2020                                  09:58:00 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | DAODEN ROMSANUK |
| Address: | 45/4 SOI THIENTALAY BANG KHUN |
| | THIAN CHAITHALE RD SAMAE DAM |
| | BANG KHUN THIAN BANGKOK 10150 |
| | Thailand |
| Date of Funds Availability: | 12/21/2020 |
| Confirmation Number: | OPF1299343778 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 6778L(6-17)



December 14, 2020                          09:57:42 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---:|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---:|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:            0100491083
Receiving Bank Identifier:                BKKBTHBKXXX


**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

Name: Somjit Joradol

Address: 29/2 Moo 7 Khlong Chinda Subdistrict Sam phran District Nakhon Pathom Province Thailand 73110

*********************************
Account Number: 1664002258

Swift Code: BKKBTHBK

Bank: Bangkok bank

Branch: Sam Phran

Bank Address: 333 Moo 8 Sukhaphiban Road Sam Phran Sam Phran Nakhon Pathom 73110

Amount $ 49,500
from checking: 0219031705
Purpose: Loan Repayment



**NAVY FEDERAL**
**Credit Union**

December 11, 2020                                          10:09:43 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Somjit Jaradol |
| Address: | 29/2 Moo 7 Khlong Chinda Subdistric |
| | Sam Phran District Nakhon Province 73110 |
| | Thailand |
| Date of Funds Availability: | 12/18/2020 |
| Confirmation Number: | OPP1298442819 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



December 11, 2020                    10:07:19 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        1664002258
Receiving Bank Identifier:            BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)



December 08, 2020                          09:51:11 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | SOMJIT JORADOL |
| Address: | 29/2 MOO 7 KHLONG |
| | CHINDA SUBDISTRICT |
| | SAM PHRAN DISTRCT NAKHON PATHOM PROVINCE 73110 |
| | Thailand |
| Date of Funds Availability: | 12/15/2020 |
| Confirmation Number: | OPF1296049022 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL Credit Union**

December 08, 2020                     09:51:11 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:      1664002258
Receiving Bank Identifier:          BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

## Electronic Payments and Settlement System

Print  Help  Logout

User: A9413   Department: Branch Operations

| Dashboard | Payments | Manual Entry of Payments | Routing | Banks | BankGroups | Users |

### Dodd-Frank Pre-Receipt

**Member Information**

| | | | |
|---|---|---|---|
| Member Name: | LARRY W COOK | | |
| Address: | 912 BARKER HILL RD | Member Access Number: | 693640 |
| | | Member Account: | 021903170S |
| | | Phone: | 7034819267 |
| City: | HERNDON | Email: | CookLW@juno.com |
| State/Province: | VA | Department: | Branch Operations |
| Postal Code: | 20170 | | |
| Country: | US | | |

**Payment Type Information**

| | | | |
|---|---|---|---|
| Template Name: | | Settlement Date: | 12-08-2020 |
| Payment Type: | Member International Fedwire Payment | Reg D Counter: | |
| Payment Amount Option: | Normal | Request Made By: | Member |
| Amount (USD): | 49,500.00 | Source Of Request: | InPerson |
| Fee (USD): | 25.00 ☐ Waive Fee | | |
| Total Amount (USD): | 49,525.00 | | |

**Exchange Rate Information**

| | | | |
|---|---|---|---|
| Destination Country: | TH | Exchange Rate: | 1.0000 |
| Destination Currency: | USD | Exchange Amount: | 49500.000000 |
| Foreign Exchange Type: | USD to USD | FX Contract: | |

**Intermediary FI Information**

| | | | |
|---|---|---|---|
| Bank Name | WELLS FARGO NA | Bank Transit Routing Number | 026005092 |

| **Payee FI Information** | | **Payee Information** | |
|---|---|---|---|
| | | Payee is the Member | ☐ |
| ID Type: | BIC | Account/ID Type: | Proprietary |
| ID: | BKKBTHBKXXX | Account/ID: | 1664002258 |
| Name: | BANGKOK BANK PUBLIC COMPANY LTD. | Name: | SOMJIT JORADOL |
| Address: | 333 HOO 8 SUKHAPHIBAN ROAD | Address: | 2912 MOO 7 KHLONG |
| | SAM PHRAN | | CHINDA SUBDISTRICT |
| | | City: | SAM PHRAN DISTRICT |
| City: | SAM PHRAN | State/Province: | NAKHON PATHOM PROVINCE |
| State: | NAKHON PATHOM | Postal Code: | 73110 |
| Postal Code: | 73110 | Country: | TH |
| Country: | TH | Phone Number: | |
| FI to FI Information: | | Originator to Payee/ Purpose of Payment: | LOAN REPAYMENT |

**Payee Branch Information**

ID:

About OPF   Privacy   Contact   Terms & Conditions



**NAVY FEDERAL**
**Credit Union**

December 07, 2020                                          09:59:29 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

International Bank Wire Transfer Receipt

| | |
|---|---|
| Designated Recipient: | NALINEE RAKANAI |
| Address: | 138 SOI PETCHKASEM 3 INTERSECTION 5 |
| | WAT THA PHRA |
| | BANGKOK 10600 |
| | Thailand |
| Date of Funds Availability: | 12/14/2020 |
| Confirmation Number: | OPF1295942657 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |


The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

December 07, 2020                    09:59:12 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          0510536998
Receiving Bank Identifier:              BKKBTHBKTRD


**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

NAME- Nalinee Eakanai

ADDRESS- 138 Soi Petchkasem 3 Intersection 5, Wat Tha Phra,  Bangkok Yai District
Zipcode: 10600
**********************************
ACOUNT NO- 0510536998

BANK- BANGKOK BANK

Bank ADDRESS- Number 607, 3rd Floor, Seacon Bangkae, Petchkasem Sai Kao Road, Bang Wa Sub-district, Phasi Charoen District, Bangkok 10160

SWIFT CODE-BKKBTHBK

Amount $49,500
for UFCu check #219031705
Purpose Loan Repayment



**NAVY FEDERAL**
**Credit Union**

December 03, 2020                                    09:41:35 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Nalinee Eakanai |
| Address: | 138 Soi Petchkasem 3 Intersection 5 |
| | Wat Tha Phra |
| | Bangkok Yai District 10600 |
| | Thailand |
| Date of Funds Availability: | 12/10/2020 |
| Confirmation Number: | OPF1295141475 |

| | | |
|---|---|---|
| Transfer/Send Amount: | $49,500.00 | |
| Transfer Fees: | $25.00 | |
| Transfer Taxes: | $0.00 | |
| Total Amount: | $49,525.00 | |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

December 03, 2020                                      09:39:57 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---:|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---:|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0510536998
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



December 01, 2020                                    09:53:48 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | YENJITPHROMBANSANG |
| Address: | 114 SOI RAMKHAMHAENG 54 |
| | HUAMARK |
| | BAQNGKAPI 10240 |
| | Thailand |
| Date of Funds Availability: | 12/08/2020 |
| Confirmation Number: | OPF1294244464 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(5-17)



December 01, 2020                                    09:52:14 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          9070379384
Receiving Bank Identifier:              BKKBTHBKXXX


**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

NAME- YENJIT PHROMBANSANG

ADDRESS-114 Soi Ramkhamhaeng 54  Huamark, Bangkapi,
Bangkok 10240

**********************************************
ACOUNT NO :  907-0-37938-4

BANGKOK BANK

SWIFT CODE— BKKBTHBK

BRANCH- Tesco Lotus Bangkapi

BANK ADDRESS- 3109 Tesco Lotus Bangkapi 1st Floor,
Ladprao Rd., Klongchan, Bangkapi, Bangkok 10240

from checking 0219031705
Amount ฿ 49,500
Purpose Loan Repayment



**NAVY FEDERAL**
**Credit Union**

November 30, 2020                                    10:15:41 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Yenjit Phrombansang |
| Address: | 114 Soi Ramkhamhaeng 54 |
| | Huamark, Bangkapi, Bangkok 10240 |
| | Thailand |
| Date of Funds Availability: | 12/07/2020 |
| Confirmation Number: | QPP1293945068 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

November 25, 2020                                    09:56:58 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        1514330495
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



November 23, 2020                              09:32:41 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | PATTARA PABMOUNG |
| Address: | 42/25 Village No.9 Bang Phut |
| | Subdistrict |
| | Pak kret District Nonthaburi Province 11120 |
| | Thailand |
| Date of Funds Availability: | 12/01/2020 |
| Confirmation Number: | OPF1292542484 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |


The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

November 23, 2020                           09:30:28 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | | $49,500.00 |
|---|---|---|
| Transfer Fees: | | $25.00 |
| Transfer Taxes: | | $0.00 |
| Total Amount: | | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          0588130997
Receiving Bank Identifier:              BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name- Mr. Pattara Pabmoung

Address- 42/25 Village No.9 Bang Phut Subdistrict

City- Pak kret District

State- Nonthaburi Province

Zip code- 11120

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bank: Bangkok bank

Account no:  058-8-13099-7

Swift code- bkkbthbk

Branch- 1648 Robinson Srisamarn

Bank address - 99 Moo 1 Prachachuen Parkkred Rd, BanMai

City- Pak Kret District

State- Nonthaburi

Zip- 11120

Amount : $ 49,500
Purpose : Loan RepaymenT

Sm : checking   Φ219031705



**NAVY FEDERAL**
**Credit Union**

November 20, 2020                                         12:02:53 PM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | SOMJAI SUKNGAM |
| Address: | 144 MO 2 BAN KHLONG SUAN |
| | SUBDISTRICT PHRA SAMUT CHEDI SAMUT PRAKAN 10290 |
| | Thailand |
| Date of Funds Availability: | 11/30/2020 |
| Confirmation Number: | OPF1291073791 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov


Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



November 20, 2020                              12:01:41 PM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---:|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---:|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---:|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          0307300673
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(5-17)

Navy Federal®
## Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only | |
|---|---|
| Access No. | 693640 |
| Account No. | 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

### A. Sender Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY | W. | COOK | |

| Best Contact Number | | | Account Number | Date (MM/DD/YY) |
|---|---|---|---|---|
| 703-481-9267 | ☐ Business  ☐ Cell  ☑ Home | | 0219031-705 | 11/20/2020 |

### B. Payment Type Information

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
|---|---|---|---|
| $ 49,500 | $25.00 | ☑ USD | ☑ Member  ☐ Power of Attorney  ☐ Other _____ |

### C. Receiving Financial Institution

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| BANKOK BANK | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| 141-142 /3 MOO 6 | Thailand | WELLS FARGO** |

| Intermediary Financial Institution | | | |
|---|---|---|---|
| Address | City | State/Province | Postal Code |
| | | | |

### D. Payee Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| SOMJAI | | SUKNGAM | | ☑ Yes  ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 144 MO 2 BAN KHLONG SUAN Subdistrict | Phra Samut chedi | | 10290 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| Thailand | 0307300673 | LOAN REPAYMENT |

Remarks (additional wiring instructions)
Payee Address
144 MO 2 BAN Khlong Suan Subdistrict Phra Samut chedi District
Samut Prachantni PraKan Providence Thailand 10290

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| *(signature)* | 11/20/20 |

*This is the account that the funds will be withdrawn from.
**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| TH | 47767 | 11/20/20 | YES | YES |
| OPF No. | | | | |
| 1291073791 | | Member Type: USN RET EXP INDEF | | |

© 2019 Navy Federal NFCU 755B (4-19)

Name: SOMJai SukKNgam
Address: 144 Mo 2 Ban KhLong
          Suan Subdistrict
          Phra Samut Chedi District
          Samut PraKan Providence
          Thailand ~~10z~~ 10290

BANK: BANKoK BANK
Branch: Big c Prachauthi 90
Address: 141-142 / 3 moo 6 ~~Prachau~~
          Prachauthi 90
          Thung Khru BANgKoK ~~oot~~
          10140
Account No: 0307300673
    Type: Savings
Swift Code   BKKBTHBK

      Amount $ 49,500          at Viena
      Loan Repayment

NAME- Khrueafa Aiadram

ADDRESS - 166 Moo 6, Kut Sanam Subdistrict, Soeng Sang District, Nakhon Ratchasima Province

Zipcode:30330

BANKING DETAILS:

ACOUNT NO- 2974855906
BANK- BANGKOK BANK

SWIFT CODE-BKKBTHBK

BANK ADDRESS - 100 Thanee Road, Nai Mueang Subdistrict, Mueang Buriram District, Buriram Province
Zipcode:31000

From: UFCU checking 0219031705

Amount   $ 49,500

Purpose: Loan Repayment



November 18, 2020                                09:56:45 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | KHRUEAFA AIADRAN |
| Address: | 199 MOO 6, |
| | KUT SANAM SUBDISTRICT |
| | SOENG SANG NAKHON RATCHASIMA PROVINCE 30330 |
| | Thailand |
| Date of Funds Availability: | 11/25/2020 |
| Confirmation Number: | OPF1291058157 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



November 18, 2020                          09:56:45 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        2974855906
Receiving Bank Identifier:            BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



November 16, 2020                                   10:04:36 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | KHRUEAPA AIADRAM |
| Address: | 166 Moo 6, Kut Sanam Subdistrict |
| | Soeng Sang District Nakhon Ratchasima Province |
| | Thailand |
| Date of Funds Availability: | 11/23/2020 |
| Confirmation Number: | OPF1291044247 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000  USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00  USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 577BL(6-17)



November 16, 2020                          10:03:23 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:            2974855906
Receiving Bank Identifier:                BKKBTHBKTRD


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Navy Federal®
## Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only | |
|---|---|
| Access No. | 693640 |
| Account No. | 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

### A. Member Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY | W | COOK | |

| Best Contact Number | | Account Number* | Date (MM/DD/YY) |
|---|---|---|---|
| (703) 481-9267 | ☐ Business ☐ Cell ☒ Home | 0219031705 | 11/16/20 |

### B. Payment Type Information

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
|---|---|---|---|
| $ 49,500.00 | $25.00 | ☒ USD | ☒ Member ☐ Power of Attorney ☐ Other _____ |

### C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| BANGKOK BANK | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| | | WELLS FARGO** |

Intermediary Financial Institution

| Address | City | State/Province | Postal Code |
|---|---|---|---|
| | | | |

### D. Payee Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| KHRUEAFA | | AIADRAM | | ☒ Yes  ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 166 Moo 6, Kut Sanam Subdistrict | Soeng Sang District | Nakhon Ratchasima Province | |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| Thailand | 2974855906 | loan repay |

Remarks (additional wiring instructions)
Va DL T65396796
Mil ID

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| *JWCook* | 11/16/20 |

*This is the account that the funds will be withdrawn from.

**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| JRC | A3411 | 11/16/20 | Y | Y |

| OPF No. | Member ID |
|---|---|
| 129104247 | 693640 |

© 2019 Navy Federal NFCU 755B (4-19)



November 12, 2020                                    10:16:23 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Pinuma Mongkolsoot |
| Address: | 48 Soi Charoen Nakhon 29/2 Charoen |
| | Nakhon Road, Bang Lam Phu Lang |
| | Subdistrict Khlong San District Bangkok 10600 |
| | Thailand |
| Date of Funds Availability: | 11/19/2020 |
| Confirmation Number: | OPP1290844040 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.

©2017 Navy Federal NFCU 677BL(6-17)


**NAVY FEDERAL**
**Credit Union.**

November 12, 2020                                   10:14:33 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:            1514330958
Receiving Bank Identifier:                BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name: Pinuma Mongkolsoot

Address:48 Soi Charoen Nakhon 29/2 Chareon Nakhon Road
Bang Lam Phu Lang Subdistrict Khlong san District Bangkok
10600

**********************************************

Bank: Bangkok Bank

Branch:Khlongsan branch

Bank Address: 5 Chareon Nakhon Road Khlong Ton Sai Khlong
San Bangkok Thailand 10600

Account Number: 1514330958

Account Type:Saving

Swift Code:BKKBTHBK

Amount : $ 49,500,
Purpos : Loan Repayment
From NFCU check  #2190317#5



November 09, 2020                                    09:52:26 AM EST

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Pinuma Mongkolsoot |
| Address: | 48 Soi Charoen Nakhon 29/2 Charoen |
| | Nakhon road bang lam phu lang |
| | BANGKOK 10600 |
| | Thailand |
| Date of Funds Availability: | 11/17/2020 |
| Confirmation Number: | OPF1290657819 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



November 09, 2020                          09:51:38 AM EST


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:          1514330958
Receiving Bank Identifier:              BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name: Duean Sasung

Ac Holder Address:452/28 Village No 2 Ban Khlong Suan
Subdistrict Mueang District                    Phra Samut
Chedi Samut Prakan 10290


**********************************************************
********************

Bangkok bank

Account Number:0377398425

Swift Code:BKKBTHBK

Branch: King Mongkut University of Technology

Bank Address: 126 King Mongkut University of technology
Thonburi (Kmutt)              Prachauthit Bangmod
Thungkhru Bangkok 10140

Wire Transfer
Amount $49,500
from checking: 217699537
Purpose Loan Repayment



**NAVY FEDERAL**
**Credit Union**

October 28, 2020                                        09:55:12 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | PANYA SOHPHOEDEE |
| Address: | 120 8/3 BAN NONG KHANG ROAD |
| | CHA-AM SUB-DIST, MUEANG |
| | CHA-AM DIST PHETCHABURI 76120 |
| | Thailand |
| Date of Funds Availability: | 11/04/2020 |
| Confirmation Number: | OPP1281642402 |

| | |
|---|---|
| Transfer/Send Amount: | $18,000.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $18,025.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 18,000.00 | USD |
|---|---|---|

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 28, 2020                                    09:54:33 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---:|
| Transfer/Send Amount: | $18,000.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $18,025.00 |

| | | | |
|---|---|---:|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---:|---|
| Total to Recipient: | 18,000.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          7770314065
Receiving Bank Identifier:              BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

Navy Federal®
## Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only | |
| --- | --- |
| Access No. | 693640 |
| Account No. | 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

### A. Member Information

| Name: First | MI | Last | Suffix |
| --- | --- | --- | --- |
| LARRY W COOK | | | |

| Best Contact Number | | Account Number* | Date (MM/DD/YY) |
| --- | --- | --- | --- |
| (703) 481-9267 | ☐ Business ☐ Cell ☒ Home | 0219031705 | 10/28/20 |

### B. Payment Type Information

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
| --- | --- | --- | --- |
| $ 18,000.00 | $25.00 | ☒ USD | ☒ Member ☐ Power of Attorney ☐ Other _____ |

### C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
| --- | --- | --- |
| BANGKOK BANK | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
| --- | --- | --- |
| 240/3 PETCHKASEM RD HUA HIN SUBDIST | THAILAND | WELLS FARGO** |

| Intermediary Financial Institution | | | |
| --- | --- | --- | --- |
| Address | City | State/Province | Postal Code |
| | | | |

### D. Payee's Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
| --- | --- | --- | --- | --- |
| PANYA | | SOHPHOBDEE | | ☒ Yes ☐ No |

| Payee Address: Street | City | State | Zip Code |
| --- | --- | --- | --- |
| 120 8/3 BAN NONG KHANG ROAD  CHA-AM SUB-DIST, MUEANG  CHA-AM DIST  PHETCHABURI  76120 | | | |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
| --- | --- | --- |
| THAILAND | 7770314065 | LOAN REPAY |

Remarks (additional wiring instructions)

LOAN REPAYMENT, BANK ADDRESS 240/3 PETCHKASEM ROAD, HUA HIN SUBDISTRICT, HUA HIN DISTRICT, PRACHUAP KHIRI KHAN PROVINCE 77110

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
| --- | --- |
| | |

*This is the account that the funds will be withdrawn from.

**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
| --- | --- | --- | --- | --- |
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| JP | 40881 | 10/28/20 | Y | Y |
| OPF No. | | Member ID | | |
| | | VA T6539796EX8/30/26 | | |

© 2019 Navy Federal NFCU 755B (4-18)



10/28/2020                                        Printable Version

# ◢JUNO Message Center

**From:** Larry W. Cook <cooklw@juno.com>

**To:** jacksonkenner01@gmail.com

**Sent:** Wed, Oct 28, 2020 10:25 AM

**Subject:** FINAL SETTLEMENT

   Settlement28.PDF (53KB)

Larry W. Cook
HM: COOKLW@juno.com
WK: LCook@ZAI-INC.COM

NAME- Panya
Sohphobdee

ADDRESS-120 8/3 Ban Nong Khang Road, Cha-am Sub-district, Mueang
Cha-am District, Phetchaburi 76120
Zipcode:76120

BANKING DETAILS:

ACCOUNT NO- 7770314065
BANK-BANGKOK BANK

SWIFT CODE-BKKBTHBK

BANK ADDRESS-240/3 Petchkasem Road, Hua Hin Subdistrict, Hua Hin
District, Prachuap Khiri Khan Province 77110
Zipcode:77110

Amount $18,000
for checking
Purpose Loan Repayment

HUMANE SOCIETY INTERNATIONAL
Protect Street Dogs: Adopt pets from shelters and rescues and do not go
to restaurants that serve dog meat. Go to hsi.org/streetdogs



October 27, 2020                          10:29:40 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | PANIA SOHPROBDEE |
| Address: | 120 8/3 BAN NONG KHANG ROAD |
| | CHA-AM SUBDISTRICT |
| | MUEANG CHA-AM DISTRIC PHETCHABUKI 76120 |
| | Thailand |
| Date of Funds Availability: | 11/03/2020 |
| Confirmation Number: | OPF1277041597 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 27, 2020                                    10:28:22 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | | $49,500.00 |
|---|---|---|
| Transfer Fees: | | $25.00 |
| Transfer Taxes: | | $0.00 |
| Total Amount: | | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | | 49,500.00 | USD |
|---|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:              7770314065
Receiving Bank Identifier:                  BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

**Navy Federal®**

# Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

| For Office Use Only | |
|---|---|
| Access No. | 6 9364 0 |
| Account No. | 02190370 5 |

## A: Member Information

Name: First **LARRY**  MI **W.**  Last **COOK**  Suffix

Best Contact Number **703-481-9267**  ☐ Business  ☐ Cell  ☑ Home
Account Number **0219031705**
Date (MM/DD/YY) **10/27/20**

## B: Payment Type Information

Transfer Amount $ **49,500**  Delivery Fee **$25.00**  Foreign Currency ☐  ☑ USD
Requester Information ☑ Member  ☐ Power of Attorney  ☐ Other

## C: Financial Institution Information

Name of Financial Institution **BANGKOK BANK**  BIC **BKKBTHBK**
National ID (if applicable)

Address: City **2413 fetchKasem Road Huahus Subdistrict, HuaHin District Prachuapskrikt Thailand Zipcode79110**
Country **Thailand**
Name of Primary Correspondent Bank **WELLS FARGO**

Intermediary Financial Institution

Address  City  State/Province  Postal Code

## D: Payee's Information

Name: First **Panya**  MI  Last **Sokphobdee**  Suffix
Is Payee a Third Party? ☑ Yes  ☐ No

Payee Address: Street **128 813 Bau Nong Khang Road** City **Cha-am Subdistrict, Mueang Cha-am District** State **Petchaburi**  Zip Code **76120**

Country **Thailand**  Payee Account Number or IBAN/CLABE (if applicable) **7770314065**
Purpose of Payment **LOAN Repayment**

Remarks (additional wiring instructions)

Requester's Signature (if applicable)  Date (MM/DD/YY) **10/27/20**

*This is the account that the funds will be withdrawn from.
**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number **A4342** | Date (MM/DD/YY) **10/27/20** | Member provided Pre-Receipt? | Member provided Final Receipt? |
| OPF No. | | Member ID **VA T65396790** | | |

© 2019 Navy Federal NFCU 755B (4-19)



**NAVY FEDERAL**
**Credit Union**

October 26, 2020                                          10:27:19 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | PANYA SOMPHOBDEE |
| Address: | 120 8/3 BAN NONG KHANG ROAD |
| | CHA-AM SUB-DISTRICT MUEANG CHA-AM D |
| | PHETCHABURI 76120 76120 |
| | Thailand |
| Date of Funds Availability: | 11/02/2020 |
| Confirmation Number: | OPF1274943196 |

| | |
|---|---|
| Transfer/Send Amount: | $49,400.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,425.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,400.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 21, 2020                                         10:03:39 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Rifki Fauzi |
| Address: | Athena, Jomtien Sai 2 |
| | Pattaya, Bang Lamung District |
| | Chon Buri 20150 |
| | Thailand |
| Date of Funds Availability: | 10/28/2020 |
| Confirmation Number: | OPF1268241415 |

| | |
|---|---|
| Transfer/Send Amount: | $49,400.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,425.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,400.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



October 21, 2020                                 10:01:17 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,400.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,425.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,400.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          737-7-05333-0
Receiving Bank Identifier:               BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

```
Name          : Rifki Fauzi
Address : Athena, Jomtien Sai 2, Pattaya, Bang Lamung District,
Chon Buri 20150, Thailand
*****************************************
Bank.         : Bangkok bank
Branch        : SILOM ROAD
acc no        : 737-7-05333-0
Addres        : 333, Silom Rd., Bangkok 10500 Thailand
Swift code : BKKBTHBK
```

Amount  $49,400  In checking
Purpose Loan Repayment



**NAVY FEDERAL**
Credit Union

October 20, 2020                                      10:47:52 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RIFKI FAUZI |
| Address: | ATHENA, JOMTIEN |
| | SAI 2 PATTAYA |
| | BANG LAMUNG DISTRICT |
| | Thailand |
| Date of Funds Availability: | 10/27/2020 |
| Confirmation Number: | OPF1265242976 |

| | |
|---|---|
| Transfer/Send Amount: | $49,400.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,425.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,400.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or
foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation,
unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by
contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written
explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list
of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 20, 2020                                    10:46:14 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,400.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,425.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,400.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          7377053330
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Navy Federal®
# Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only | |
|---|---|
| Access No. | 693640 |
| Account No. | 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

## A. Member Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY W COOK | | | |

| Best Contact Number | | | Account Number* | Date (MM/DD/YY) |
|---|---|---|---|---|
| (703) 481-9267 | ☐ Business  ☐ Cell  ☒ Home | | 0219031705 | 10/20/20 |

## B. Payment Type Information

| Transfer Amount | Delivery Fee | | Requester Information | |
|---|---|---|---|---|
| $ 49,400.00 | $25.00 | ☐ Foreign Currency  ☒ USD | ☒ Member  ☐ Power of Attorney  ☐ Other _____ | |

## C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | | National ID (if applicable) |
|---|---|---|---|
| BANGKOK | | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| | THAILAND | WELLS FARGO** |

| Intermediary Financial Institution |
|---|
| |

| Address | City | State/Province | Postal Code |
|---|---|---|---|
| | | | |

## D. Payee's Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| RIFKI FAUZI | | | | ☒ Yes  ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| ATHENA, JOMTIEN | SAI 2 PATTAYA | BANG LAMUNG DISTRICT | 20150 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| THAILAND | 7377053330 | LOAN REPAY |

| Remarks (additional wiring instructions) |
|---|
| |

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| | 10/20/20 |

*This is the account that the funds will be withdrawn from.
**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| JRC | A3411 | 10/20/20 | Y | Y |
| OPF No. 1265242976 | | Member ID 693640 | | |

© 2019 Navy Federal NFCU 755B (4-19)



**NAVY FEDERAL**
**Credit Union**

October 16, 2020                                  10:08:24 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RIFKI FAUZI |
| Address: | ATHENA, JOMTIEN SAI 2 |
| | PATTAYA |
| | BANG LAMUNG DISTRICT CHON BURI 20150 |
| | Thailand |
| Date of Funds Availability: | 10/23/2020 |
| Confirmation Number: | OPF126004DB72 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 16, 2020                                    10:07:53 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        737-7-05333-0
Receiving Bank Identifier:             BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)


NAVY FEDERAL
Credit Union

October 15, 2020                                          11:11:36 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | RIFKI FAUZI |
| Address: | ATHENA JOMLIEN SAI 2 |
| | PATTYA BANG LAMUNG DISTRICT |
| | CHON BURI 20150 |
| | Thailand |
| Date of Funds Availability: | 10/22/2020 |
| Confirmation Number: | OPF1254143740 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

```
Name     : Rifki Fauzi
Address : Athena, Jomtien Sai 2, Pattaya, Bang
Lamung District, Chon Buri 20150, Thailand
**********************************
Bank.         : Bangkok bank
Branch        : SILOM ROAD
acc no        : 737-7-05333-0
Address       : 333, Silom Rd., Bangkok 10500
Thailand
Swift code : BKKBTHBK
```

$49,500  from checking

Purpose : Loan Repayment



**NAVY FEDERAL**
**Credit Union**

October 15, 2020                                11:08:10 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          7377053330
Receiving Bank Identifier:              BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 14, 2020                                09:44:29 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Phitchayanan Saisen |
| Address: | 66 Moo 5, Nom Subdistrict |
| | At Samar District Roi Et Province 45160 |
| | Thailand |
| Date of Funds Availability: | 10/21/2020 |
| Confirmation Number: | OPP1250440722 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 14, 2020                                   09:44:29 AM EDT


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 2.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.



Receiving Bank Account Number:          1534303944
Receiving Bank Identifier:              BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Name- Phitchayanan Saisen

Address- 66 Moo 5, Nom Subdistrict

City-  At Samar District

State- Roi Et Province

Zip code- 45160

*******************************************

Account no -153-4-30394-4

Bangkok bank

Swift code- bkkbthbk

Branch- 0153 New Petchburi Road

Bank address - Soi Sukhumvit 3 (Nana Nuea) Khlong Toei Nuea

City- Khlong Tori Nuae

State- Bangkok

Zip- 10110

Amount $49,500 from checking Loan Repayment



**NAVY FEDERAL**
**Credit Union.**

October 13, 2020                                    10:31:56 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:          1534303944
Receiving Bank Identifier:               BKKBTHBKXXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 13, 2020                                              10:34:44 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | PHITCHAYANAN SAISEN |
| Address: | 66 MOO 5, NOM SUBDISTRICT |
| | SAMAR DISTRICT ROI ET PROVINCE 45160 |
| | Thailand |
| Date of Funds Availability: | 10/20/2020 |
| Confirmation Number: | OPF1247444354 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

Navy Federal®

## Request for an International Wire Transfer

| For Office Use Only |
|---|
| Access No. 693640 |
| Account No. 0219031705 |

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

### A. Member Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY W COOK | | | |

| Best Contact Number | | Account Number* | Date (MM/DD/YY) |
|---|---|---|---|
| (703) 481-9267 | ☐ Business ☒ Cell ☒ Home | 0219031705 | 10/13/20 |

### B. Payment Type Information

| Transfer Amount | Delivery Fee | | Requester Information |
|---|---|---|---|
| $ 49,500.00 | $25.00 | ☐ Foreign Currency ☒ USD | ☒ Member ☐ Power of Attorney ☐ Other |

### C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| BANGKOK BANK PUBLIC COMPANY LIMITED | BKKBTHBK | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| 333 SILOM ROAD BANGRUK, BANGKOK | THAILAND | WELLS FARGO** |

Intermediary Financial Institution

| Address | City | State/Province | Postal Code |
|---|---|---|---|
| | | | |

### D. Payee's Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| PHITCHAYANAN SAISEN | | | | ☒ Yes ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 66 MOO 5, NOM SUBDISTRICT | SAMAR DISTRICT | ROI ET PROVINCE | 45160 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| THAILAND | 1534303944 | PAYMENT |

Remarks (additional wiring instructions)

PURPOSE OF PAYMENT: LOAN REPAYMENT

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| [signature] | 10/13/20 |

*This is the account that the funds will be withdrawn from.

**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials: DW | Employee Number: A4707 | Date (MM/DD/YY): 10/13/20 | Member provided Pre-Receipt? Y | Member provided Final Receipt? Y |
| OPF No. | Member ID: T65396796 & VSCC | | | |

© 2019 Navy Federal NFCU 755B (4-19)





**NAVY FEDERAL**
**Credit Union**

October 09, 2020                                    01:10:29 PM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Nuanjun Mathurin |
| Address: | 55 Village No 13 |
| | Kam Toey |
| | Yasothon Yashothon 35000 |
| | Thailand |
| Date of Funds Availability: | 10/19/2020 |
| Confirmation Number: | OPF1245146679 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)

Fe

Name- Nuanjun Mathurin

Address - 55 Village no. 13, kam Toey

City- yasothon

State- yashothon

Zip-35000

*********************************************

Bangkok bank

Account-920 7313 900

Swift code- bkkbthbk

Branch- central Bangna

Bank- 585, Bangna trat road

City- Bangna

State- Bangkok

Zip-10260

*********************************************

Amount $49,500
Purpose Loan Repayment

originally from
(personal?) friend, loan.
now living in Thailand
Personal friend
(361) 233-1472



October 08, 2020                                    12:01:05 PM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Nuanjun Mathurin |
| Address: | 55 Village no. 13, kam Toey |
| | Yasothon yashothon 35000 |
| | Thailand |
| Date of Funds Availability: | 10/16/2020 |
| Confirmation Number: | OPF1244241156 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000   USD |

| | | |
|---|---|---|
| Total to Recipient: | | 49,500.00   USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



October 08, 2020                              11:59:49 AM EDT


LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | $49,500.00 |
|---|---|
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| Exchange Rate: | US$1.00= | 1.0000 | USD |
|---|---|---|---|

| Total to Recipient: | 49,500.00 | USD |
|---|---|---|

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the
information documented in this pre-receipt to confirm the transaction information and exchange rate, as
applicable. If incorrect information is discovered after funds have been transferred, funds may be
incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.


Receiving Bank Account Number:        9207313900
Receiving Bank Identifier:            BKKBTHBKXXX


Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(5-17)



October 07, 2020                                          11:03:49 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| Transfer/Send Amount: | | $49,500.00 | |
| Transfer Fees: | | $25.00 | |
| Transfer Taxes: | | $0.00 | |
| Total Amount: | | $49,525.00 | |

| Exchange Rate: | US$1.00= | 1.0000 | USD |

| Total to Recipient: | | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        5729619630
Receiving Bank Identifier:            SCBLSG22XXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(5-17)



**NAVY FEDERAL**
**Credit Union.**

October 07, 2020                                          11:03:49 AM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**International Bank Wire Transfer Receipt**

| | |
|---|---|
| Designated Recipient: | Sujata Kumari |
| Address: | 53A Bristol lodge road |
| | #02-53A |
| | singapore singapore 219855 |
| | Singapore |
| Date of Funds Availability: | 10/15/2020 |
| Confirmation Number: | OPF1243242680 |

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | |
|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 USD |

| | |
|---|---|
| Total to Recipient: | 49,500.00 USD |

The recipient may receive less than the transfer amount, due to fees charged by the recipient's bank and/or foreign taxes. You can cancel this transaction for a full refund within 30 minutes of the payment initiation, unless the funds have been picked up or deposited.

For consumer transactions, you have the right to dispute errors in your transactions and can do so by contacting us at 1-888-842-6328 within 180 days of this receipt. You may also contact us for a written explanation of your rights or questions regarding this transaction. Visit navyfederal.org for a complete list of international toll-free numbers or to send us a secure message.

For questions or complaints about Navy Federal Credit Union, you may also contact:

Consumer Financial Protection Bureau (CFPB)
1-855-411-2372
1-855-729-2372 (TTY/TDD)
www.consumerfinance.gov

Federally insured by NCUA.
©2017 Navy Federal NFCU 677BL(6-17)



**NAVY FEDERAL**
**Credit Union**

October 06, 2020                                        02:50:24 PM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

NOT A RECEIPT

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        5729619630
Receiving Bank Identifier:            SCBLSG22XXX

Federally insured by NCUA.
©2017 Navy Federal NFCU 677AL(6-17)

Navy Federal®
# Request for an International Wire Transfer

*Funds are generally received at the other financial institution within five to seven business days. Additional fees may be assessed by the receiving financial institution.*

| For Office Use Only | |
|---|---|
| Access No. | 693640 |
| Account No. | 0219031705 |

**Please note:**

The sender has the right to cancel a wire no later than 30 minutes after requesting the payment to receive a full refund plus fees. If the request is after 30 minutes, Navy Federal will submit a reversal request to the payee's financial institution and make every attempt to retrieve the funds; however, there is no guarantee that the funds will be returned. Once received by the payee and/or payee's financial institution, the reversal of the wire is at the discretion of the payee's financial institution. Navy Federal cannot guarantee the response time of the payee's financial institution, and fees may be assessed by other financial institutions if the reversal request is successful.

## A. Member Information

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| LARRY W COOK | | | |

| Best Contact Number | | | Account Number | Date (MM/DD/YY) |
|---|---|---|---|---|
| (703) 481-9267 | ☐ Business  ☒ Cell  ☒ Home | | 0219031705 | 10/06/20 |

## B. Payment Type Information

| Transfer Amount | Delivery Fee | ☐ Foreign Currency | Requester Information |
|---|---|---|---|
| $ 49,500.00 | $25.00 | ☒ USD | ☒ Member  ☐ Power of Attorney  ☐ Other |

## C. Financial Institution Information

| Name of Payee's Financial Institution | BIC | National ID (if applicable) |
|---|---|---|
| STANDARD CHARTERED BANK | SCBLSG22 | |

| Address: City | Country | Name of Primary Correspondent Bank |
|---|---|---|
| | SINGAPORE | WELLS FARGO** |

| Intermediary Financial Institution | | | |
|---|---|---|---|
| Address | City | State/Province | Postal Code |

## D. Payee's Information

| Name: First | MI | Last | Suffix | Is Payee a Third Party? |
|---|---|---|---|---|
| SUJATA | KUMARI | | | ☒ Yes  ☐ No |

| Payee Address: Street | City | State | Zip Code |
|---|---|---|---|
| 53 A Bristol Lodge Bristol Rd | Singapore #02-53A | Singapore | 219855 |

| Country | Payee Account Number or IBAN/CLABE (if applicable) | Purpose of Payment |
|---|---|---|
| Singapore | 5729619630 | Loan Repay |

Remarks (additional wiring instructions)

| Requester's Signature (if applicable) | Date (MM/DD/YY) |
|---|---|
| *WCook* | 10/06/20 |

*This is the account that the funds will be withdrawn from.

**Wells Fargo is the correspondent bank we use to purchase foreign currency.

| For Office Use Only | | | | |
|---|---|---|---|---|
| Employee Initials | Employee Number | Date (MM/DD/YY) | Member provided Pre-Receipt? | Member provided Final Receipt? |
| JRC | A3411 | 10/06/20 | Y | Y |
| OPF No. | | Member ID | | |
| | | 693640 | | |

© 2019 Navy Federal NFCU 755B (4-19)

Sujata kumari

Address: 53A Bristol lodge Bristol Road
Singapore #02-53A Singapore Singapore 219855


Bank: Standard Chartered bank
Ac.no: 5729619630
Swiftcode: SCBLSG22
Bank Address: 1 HarbourFront Walk, #B2 - 01,
Singapore 098585


$49,500
Loan Repayment.

wire Transfer

Moved from Texas
To Singapore.

Met thru a mutual
friend



October 09, 2020                        01:09:19 PM EDT

LARRY W COOK
912 BARKER HILL RD
HERNDON VA 20170

**NOT A RECEIPT**

| | |
|---|---|
| Transfer/Send Amount: | $49,500.00 |
| Transfer Fees: | $25.00 |
| Transfer Taxes: | $0.00 |
| Total Amount: | $49,525.00 |

| | | | |
|---|---|---|---|
| Exchange Rate: | US$1.00= | 1.0000 | USD |

| | | |
|---|---|---|
| Total to Recipient: | 49,500.00 | USD |

Recipient may receive less, due to the fees charged by the recipient's bank and/or foreign taxes.

Based on the information provided, we are initiating the above transaction on your behalf. Please review the information documented in this pre-receipt to confirm the transaction information and exchange rate, as applicable. If incorrect information is discovered after funds have been transferred, funds may be incorrectly credited, which may result in loss of the transfer amount if funds cannot be recovered.

Receiving Bank Account Number:        9207313900
Receiving Bank Identifier:            BKKBTHBKXXX

**Federally insured by NCUA.**
©2017 Navy Federal NFCU 677AL(6-17)

NAME: Nuanjun Mathurin

Address - 55 Village no. 13, kam Toey

City- yasothon

State- yashothon

Zip-35000

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bangkok bank

Account-920 7313 900

Swift code- bkkbthbk

Branch- central Bangna

Bank- 585, Bangna trat road

City- Bangna

State- Bangkok

Zip-10260

Amount ฿ 49,500
Purpose loan Repayment



EXHIBIT
5

# LARRY W COOK

## A customized summary of your visit                November 3, 2020

*Convenient access when you need it:*
- *More than 13,000 ATMs*
- *More than 5,500 branches*
- *Wells Fargo Online®* *wellsfargo.com*

You can make an appointment to meet with a banker at wellsfargo.com/appointments

You can also talk to a banker at 1-800-869-3557 24 hours a day, 7 days a week

*Thank you for being our customer*

### What we discussed with you today

Please refer to the Fee & Information Schedule along with any additional disclosures you may have received today for full details, including any fees, for the products or services you requested today. If you need a copy of these materials, please ask a banker.

**Edit Identification**
Today, we updated your identification information that we have on record. If you have any questions, please contact me at the number below.

**Create Wire**
Together we set up your wire transfer. If you have any additional questions, please contact me at the number listed below.

Banker: TOM,JASON MARK
Phone: 703/481-2840
Banker Email: jason.m.tom@wellsfargo.com
Manager: ROXANA CORDOVA
Phone: 571/446-2410
Manager Email: roxana.cordova@wellsfargo.com
Bank Name: GRANT & ELDEN
Street:   501 ELDEN ST
City:   HERNDON
State:   VA          ZIP/Postal Code:     20170

I confirm I received and agree with the information on Customized Summary.
Customer Name
LARRY W COOK

Customer Signature



☐ Customer is unable to sign   Date:
11/03/2020



*Together we'll go far*

# A customized summary of your visit

Investment and Insurance Products are:

- Not Insured by the FDIC or any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Brokerage products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name of Wells Fargo Clearing Services, LLC, Member SIPC, a registered broker-dealer and separate non-bank affiliate of Wells Fargo & Company.

Bankers may refer customers to Wells Fargo Advisors for brokerage services and may be compensated for such referrals.

Wells Fargo Advisors offers insurance products through an affiliated nonbank insurance agency (CA license #26-0070024).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
Credit products offered by Wells Fargo Bank, N.A.

© 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



# Wire Transfer Services
## Outgoing Wire Transfer Request



| Today's Date: | Wells Fargo Reference Number: |
|---|---|
| 11/03/2020 | FW0068927308389283 |

| Banker Name: | Officer/Portfolio Number: |
|---|---|
| TOM,JASON MARK | CE182 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 703/481-2840 | 09935 | 0068927 | R3061-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | Street Address: |
|---|---|
| LARRY W COOK | 912 BARKER HILL RD |

| Primary ID Type: | Primary ID Description: | Address Line 2: | |
|---|---|---|---|
| DLIC | T65396796 | | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
|---|---|---|---|---|
| VA | 06/30/2018 | 08/30/2026 | . | |

| Secondary ID Type: | Secondary ID Description: | City: | State: |
|---|---|---|---|
| TOKN | Token ID | HERNDON | VA |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| | | | 20170-3014 | US |

| | Home Phone: | Business Phone: |
|---|---|---|
| | 703/481-9267 | |

## Wire Amount and Source of Funds

| Create AU: | Debit Wells Fargo Account: | Bank/COID: | Amount (US Dollars): |
|---|---|---|---|
| 0068927 | 217699537 | 00120 | $49,500.00 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Duean Sasung | 452 28 Village No 2 Ban Khlong Suan |

| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
|---|---|
| 0377398425 | Mueang District Phra Samut |

| Purpose of Funds: | Name/Address Line 3: |
|---|---|
| Loan Repayment | Chedi Samut Prakan 10290, TH |

| | Beneficiary Phone Number: |
|---|---|
| | |

| Additional Instructions: | |
|---|---|
| | |



WTR6603 (2-20 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | | |
|---|---|---|---|---|
| | BKKBTHBK | BANGKOK BANK PUBLIC COMPANY LIMITED | | |
| Beneficiary Bank Address: | | City: | Country: | |
| | | BANGKOK | TH | |
| Additional Instructions: | | | | |
| | | | | |

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to International transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

I acknowledge I have received and had an opportunity to review this Outgoing Consumer International Wire Transfer Request ("Request"), the Wire Transfer Agreement on pages 3 and 4 of this Request, and the separate Wells Fargo Combined Disclosure for Outgoing Consumer International Wires for this transaction. You acknowledge that you are responsible for providing Wells Fargo with all information required by the Beneficiary's bank, including the reason for payment, if required. Sending wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. By signing, I certify all of the information on this Request is correct. **The beneficiary account number and beneficiary bank identification number (e.g. IBAN, RTN, IFSC or SWIFT BIC) I provide are complete and accurate, and I understand I could lose the transfer amount if this information is incorrect.** I authorize Wells Fargo to rely on the information in this Request when making the requested wire transfer.

Originator Name

LARRY W COOK

Originator Signature

| ☐ Submit manually | Date: |
|---|---|
| ☐ Signature not required | 11/03/2020 |

Customer Copy

WTR6603 (2-20 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

## Agreement For Outgoing Consumer International Wire Transfer Requests ("Wire Transfer Agreement")

**Responsibility of Wells Fargo.** The wire transfer described in the Outgoing Consumer International Wire Transfer Request (pages 1 and 2) ("Request") may be sent by wire, telegraph, telephone, cable, or whatever other transmission method Wells Fargo considers to be reasonable. The wire transfer may be transmitted directly to the Beneficiary Bank (the financial institution designated in the Request as the Beneficiary Bank), or indirectly to the Beneficiary Bank through another bank, government agency, or other third party Wells Fargo considers to be reasonable. Wells Fargo may utilize any funds transfer system or intermediary bank reasonably selected by Wells Fargo, even if its selection differs from instructions in the request.

**Limitation of Liability.** Wells Fargo is liable only for damages required to be paid as provided under Regulation E, subpart B or, to the extent applicable, Article 4A of the Uniform Commercial Code (except as expressly modified by this Wire Transfer Agreement). Except as required by Regulation E, subpart B, Wells Fargo will not be responsible for the acts or omissions of any other person or entity, including but not limited to any processor, any country's central bank, or any other financial institution, and no such person or entity will be deemed Wells Fargo's agent. In no event shall Wells Fargo have any liability for any indirect, incidental, consequential, punitive, or special damages, even if advised of the possibility of such damages.

**Reliance on Information Provided.** You acknowledge that you are responsible for providing Wells Fargo with all information required by the Beneficiary's bank, including the reason for payment, if required. Sending wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. If a wire transfer request describes the person to receive the wire transfer ("Beneficiary") inconsistently by name and account number, the transfer may be made on the basis of the account number even if the account number identifies a person different from the Beneficiary. If a wire transfer request describes a financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

**Currency.** A wire transfer request expressed in U.S. Dollars will be sent in U.S. Dollars. You may request that, prior to executing the wire transfer, Wells Fargo convert the amount to be transferred from U.S. Dollars to the currency of a designated foreign government or intergovernmental organization ("Foreign Currency"). The foreign exchange rate is disclosed in the Combined Disclosure for Outgoing Consumer International Wires ("Combined Disclosure") which Wells Fargo has separately provided to you in connection with this wire transfer request. Wells Fargo makes money when it converts one currency to another currency for you. The exchange rate provided to you is set by Wells Fargo in its sole discretion, and it includes a markup over Wells Fargo's cost of sourcing the relevant currency or currencies. The markup may be based on several factors, including without limitation costs incurred, market risks, services rendered, the client relationship, the transaction and our desired return.

The exchange rate Wells Fargo provides to you may be different from exchange rates you see online, in publications, at other banks or other foreign exchange providers. Also, different customers may receive different exchange rates for transactions that are the same or similar. The exchange rate may depend on the type of transaction being conducted, the dollar amount, type of currency, the date and time of the exchange and/or the factors noted above. The foreign exchange market is dynamic, so exchange rates can change rapidly. If you delay executing a transaction, the exchange rate may change and could even be significantly different. Wells Fargo reserves the right to refuse to process any request for a foreign exchange transaction.

**Error Resolution.** In the event that you believe an error has occurred with respect to this wire transfer, you must notify Wells Fargo within 180 days of the "*Availability Date*" (the date when funds will be available to the Beneficiary) specified on the Wire Transfer Combined Disclosure by contacting us at the telephone number or address specified on the Wire Transfer Combined Disclosure. If you fail to notify us within this time period, Wells Fargo will not be liable for any error or loss of interest or any interest equivalent relating to the erroneous transaction. Unauthorized transactions (e.g., a wire transfer you did not authorize), are not considered errors. Your reporting obligations for unauthorized transactions are described below. When you contact us, please tell us: (a) your name, address and telephone number where we can reach you during business hours; (b) the Beneficiary's name and, if known, his or her telephone number and address; (c) the date, dollar amount and transaction confirmation number of the wire transfer specified on the Wire Transfer Combined Disclosure; and (d) the error or problem with the wire transfer, and why you believe it is an error or problem.

**Cutoff Times.** We have cutoff times for processing wire transfer requests. Cutoff times vary by branch location and the type of wire transfer request. We may treat wire transfer requests received after a cutoff time as if received the next business day (every day is a business day except Saturdays, Sundays, and federal holidays). We tell you our cutoff times upon request. The Availability Date for your wire transfer is specified on the Wire Transfer Combined Disclosure which Wells Fargo has separately provided to you.

**Cancellation.** You may cancel this wire transfer request for a full refund within 30 minutes of completing this transaction. To cancel, call the cancellation phone number printed on your Wire Transfer Combine Disclosure.

**Finality.** After the time for cancellation, the wire transfer will be final and will not be subject to stop payment or recall, except Wells Fargo may, at your request, try to stop payment or recall the wire transfer. In such case, Wells Fargo will incur no liability for its failure or inability to do so.

**Taxes and Fees.** Tax and fee information for your wire transfer request, including the outgoing wire fee is disclosed in the Wire Transfer Combined Disclosure which Wells Fargo has separately provided to you in connection with this wire transfer request.

**Choice of Law.** This Outgoing Consumer International Wire Transfer Request is a "remittance transfer" as defined in Regulation E, Subpart B, and will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

**Other Agreements/Dispute Resolution.** I understand I am bound by the Wire Transfer Agreement and the account agreement I have with Wells Fargo, including the terms of the dispute resolution program under which our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge. In the event of any conflict of interest between a provision of this Wire Transfer Agreement and any other agreement you may have with Wells Fargo (including, without limitation, any account agreement between us), the terms herein will govern the subject matter of this Wire Transfer Agreement.

## Wire Transfer Information

**General Information: You can NOT have a bank as the final beneficiary, unless the wire is a payment to Wells Fargo (i.e.: mortgage, auto loan, etc.).** We are required to know who the money is going to in order to ensure the funds are not being used to support terrorist or drug activity. We need a beneficiary account number, beneficiary bank identification number and a complete physical address.

Wires going to foreign countries require different numbers depending on the receiving foreign country. All wire transfer payments destined for Europe should include the SWIFT Bank Identifier Code (SWIFT BIC), International Routing Code (IRC) as applicable, and for participating countries the beneficiary's International Bank Account Number (IBAN). Mexican banks may require a CLABE number in addition to the SWIFT BIC. If you do not have a SWIFT BIC, IBAN, IRC, or Mexican CLABE number, you should contact the beneficiary of the wire. If the beneficiary does not have the needed information, please have the beneficiary contact their bank to obtain it. Sending an international wire without the required information can cause the wire to be delayed, returned, or assessed additional fees. When sending funds in a foreign currency, please ensure the beneficiary's account accepts the designated foreign currency. For international wires in foreign currency equal to or over $100,000 U.S. equivalent, please call your local Foreign Exchange Specialist at 800-786-5593, to obtain a contract number.

**1. SWIFT Bank Identifier Code (SWIFT BIC).** The 8 or 11 character SWIFT BIC is a unique series of alpha numeric characters that help to identify a specific financial institution. The SWIFT BIC should be obtained from the beneficiary. To ensure timely delivery please be sure that International Outgoing Wires include the SWIFT BIC where applicable.

# Customer Copy

2. **International Routing Code (IRC):** Some countries throughout the International banking community have created international routing codes, which are used in combination with the SWIFT BIC to aid in routing the payment through a main office to a branch. Each country has a specific name for their routing code (i.e., Sort Code in the United Kingdom, Canadian Payments Association Routing Numbers in Canada). Your beneficiary must provide the international routing code to facilitate receipt of an international payment. Sending a wire without the IRC number can delay the wire, or the receiving bank may return the wire when this number is not included in the payment instructions, and additional fees may be assessed.

3. **International Bank Account Number (IBAN):** The IBAN varies by country/institution. Only the bank servicing an account can provide the correct IBAN of that account.

   **Participating Countries that require an IBAN:**

   For participating IBAN countries and their requirements, please search for the "IBAN REGISTRY" at swift.com. Once located, search the Table of Contents for the appropriate country, and locate the country-specific requirements.

4. **Indian Financial System Code (IFSC):** Every Indian bank has a unique eleven (11) character alpha numeric code identifying the bank branch to receive the wire transfer. To ensure timely delivery, please be sure that international outgoing wires include the IFSC where applicable.

5. **Mexico CLABE Account Number:** Mexican banks may require an 18 digit CLABE account number be added to the Beneficiary instructions to ensure payment. The CLABE number may be required on Mexican Peso (MXN) and USD payments sent to Mexico. The CLABE account number must be obtained from the beneficiary. Wells Fargo does not provide or calculate the CLABE. Sending a wire without a CLABE account number can delay the wire, or the receiving bank may return the wire if the CLABE is not included in the payment instructions, and additional fees may be assessed.

6. **Wells Fargo recommends** that if you do not have a SWIFT BIC, IBAN, IRC, IFSC or Mexican CLABE number, that you contact the beneficiary of the wire. If the beneficiary does not have the needed information, please have the beneficiary contact their bank to obtain the appropriate information. Sending international wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. For international outgoing wires only: When sending in foreign currency, please ensure the beneficiary's account accepts the designated foreign currency.



WTR6603 (2-20 SVP)

# Wells Fargo Bank
Combined Disclosure for Outgoing Consumer International Wires



| Transaction Date and Time (Month, Day, Year) | Transaction Confirmation: |
|---|---|
| Date / Time 11/03/2020  11:43 AM   (PT) | 6257064 |

### Originator's (Sender) Information

| Originator Name: | Debit Account (Last 4 Digits): |
|---|---|
| LARRY W COOK | 9537 |

Address Line 1:
912 BARKER HILL RD

Address Line 2:
HERNDON, VA 20170-3014

### Beneficiary Bank Information

| Beneficiary Bank Name: | Beneficiary Bank ID (BIC/SWIFT): | Beneficiary Bank Country Code: |
|---|---|---|
| BANGKOK BANK PUBLIC COMPANY LIMITED | BKKBTHBK | TH |

### Beneficiary Information

| Beneficiary Name: | Address Line 1: |
|---|---|
| Duean Sasung | 452 28 Village No 2 Ban Khlong Suan *Subdistrict* |
| Beneficiary Account Number: | Address Line 2: |
| 0377398425 | Mueang District Phra Samut |
| | Address Line 3: |
| | Chedi Samut Prakan 10290, TH |

### Wire Information

The following items will be debited from your account.

| | | Recipient Amount and Fees: | |
|---|---|---|---|
| Transfer Amount: | 49,500.00 USD | Transfer Amount: | 49,500.00 USD |
| Wire Transfer Fee: + | 45.00 USD | Other Fees: . | 0.00 USD |
| Associated Taxes: + | 0.00 USD | | |
| Total Transfer and Charges: | 49,545.00 USD   Availability Date: 11/10/20 | Total for Recipient: | 49,500.00 USD |

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

**Beneficiary Account Number / Bank ID:** The beneficiary account number and beneficiary bank identification number (e.g. IBAN, RTN, or SWIFT BIC) you provided must be complete and accurate. You could lose the transfer amount if this information is incorrect.

**Availability Date:** Beneficiary may receive the wire transfer before or on the availability date specified above.

**Cancellation:** You can cancel this wire transfer for a full refund within 30 minutes of transaction authorization. To initiate such a request or if you have questions, call the Wire Transfer Services Team at 1-855-339-6655.

**Disputes:** You have a right to dispute errors in your transaction. If you think there is an error, contact the Wire Transfer Services Team at 1-855-339-6655 as soon as possible (must be within 180 days of the Availability Date listed above). You may also go to www.wellsfargo.com/help/faqs/transfers_faqs for a written explanation of your rights.

**Questions:** For questions or complaints about Wells Fargo, you can contact the Consumer Financial Protection Bureau at 1-855-411-2372, 1-855-729-2372 (TTY / TDD) or at www.consumerfinance.gov.

### Proof of Payment Section (Banker Use Only - To be signed after customer agrees to send Wire and signs the Outgoing Wire Transfer Request):

Wire Payment Confirmed - Banker Signature:

Banker Name:
TOM, JASON MARK

Time/Date:
11/08/2020   11:48 am

Banker Phone Number:
703/481-2840

Page 1 of 1

**Larry Cook**
DOB: 08/30/1945
Client ID: 01372-06245-0001699469
912 Baker Hill Rd
Herndon , VA  20170
h:703-481-9267

**APS Report and Investigation**
Document Printed on
11:56:13 AM EDT 10/22/21

User Name: Tavna Limage
Program:     Fairfax County DSS -
                    059 - APS

## APS Report

| | | | |
|---|---|---|---|
| APS Report Number: | 82025 | Worker who took call: | Cassie Austin |
| Worker who took call email: | cassie.austin@dss.virginia.gov | Primary Worker: | Sean Gray |
| Secondary Worker: | | | |

### Client Background

| | | | |
|---|---|---|---|
| Gender: | Male | Sexual Orientation: | |
| Approximate Age (at time of report) *: | 75 | County/FIPS: | Fairfax Co. - 059 |
| Living Arrangement of Client (at time of report) *: | Own House/Apt. | Email Address: | |
| Primary Language: | English American | Schooling Level: | |
| Employment Status: | | | |
| Services at Start of APS Investigation: | | | |
| Services at Close of APS Investigation: | | | |

### Locality of Jurisdiction Information

| | | | |
|---|---|---|---|
| Date of Report *: | 12/15/2020 | Locality of Jurisdiction *: | Fairfax County DSS - 059 |
| APS Investigation Number: | 82025-1 | Date Report Acknowledged by Locality of Jurisdiction: | 12/15/2020 |
| Investigation Initiation Date: | 12/15/2020 | | |

### Follow up

| | | | |
|---|---|---|---|
| Date Face to Face Interview with Client Completed: | 01/29/2021 | Was Face to Face Interview done within 7 calendar days?: | No |
| Physical or mental capacity of the alleged victim: | See Narrative | | |
| Circumstances that describe alleged Abuse/Neglect/ Exploitation *: | Due to the large sum of money will assign for financial exploitation. No previous history in Peerplace. No history in Harmony. ***This report is based on a state hotline report.*** ———————————————————— The Virginia Abuse and Neglect Hotline received the following information via email: Possible Victim: LARRY W. COOK, access #693640 Mailing Address: 912 BARKER HILL RD., HERNDON VA 20170-3014 Physical Address: Same DOB: 08/30/1945 Last 4 of SSN: 1882 Residence Phone: (703)481-9267 Mobile Phone: NA Suspect(s): UNKNOWN | | |

Page 1 of 14

EXHIBIT
6

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

Details: It is unknown if Larry W. Cook he is the victim of elder financial exploitation or the willing participant of a possible scam. It is unknown how many others, if any, are involved in the suspicious activity described below.

Between 10/06/2020 and 12/11/2020, incoming wires and outgoing wires were conducted in a manner indicative of possible elder financial exploitation, totaling $2,343,700.

The incoming wires which totaled $1,039,000, along with Mr. Cook's direct deposits from ALAC-OPEN, DFAS-CLEVELAND RET NET, SSA TREAS and ZIMMERMAN ASSOCIATES, sourced outgoing wire activity which totaled $1,304,700. The member has no history of such activity.

Incoming wires on 11/13/2020 and 12/01/2020 were from the members account at JP MORGAN. An incoming wire on 11/06/2020 was from the members account at WELLS FARGO.

Two outgoing wires on 10/06/2020 and 10/07/2020 were sent to a SUJATA KUMARI in SINGAPORE. The remaining 25 wires were sent to THAILAND and benefitted individuals with names such as SOMJIT JARADOL, NALINEE EAKANAI, YENJIT PHROMBANSANG, WANTHACHAI PHAYIM, PATTARA PABMOUNG, SOMJAI SUKNGAM, KHRUEAFA AIADRAM, PINUMA MONGKOLSOOT, PANIA SOHPHOBDEE (or PANYA SOHPHOBDEE), RIFKI FAUZI, PHITCHAYANAN SAISEN and NUANJUN MATHURIN. The reason for the outgoing wires was LOAN REPAYMENT.

According to numerous notes in our back office system, the member has been warned numerous times that he is the victim of a scam, but he still wants to proceed with the wires. He appears to be mentally competent. Other account activity for the member reflects seemingly normal transactions and bill payments.

Any request for copies of statements, checks and supporting documents maybe faxed to (703)206-3168 Attn: Court Order Operations.

| | | |
|---|---|---|
| Name of place where incident occurred: | N/A | |
| | Location of Incident? *: | Own house/apartment |

## Alleged Perpetrator

| | | | |
|---|---|---|---|
| Alleged Perpetrator *: | Unknown, Unknown (Other) | Last Name: | Unknown |
| First Name: | Unknown | Middle Initial: | |
| Perpetrator Association at Start of Investigation: | other relationship | Perpetrator Association at Close of Investigation: | other relationship |
| Address 1: | | Address 2: | |
| City: | | State: | VA |
| Zip: | | Phone (Home) (###-##-####): | |
| Phone (Work) (###-###-####): | | Ext: | |
| Phone (Mobile) (###-###-####): | | Gender: | |
| Ethnicity: | | Race: | |
| DOB (mm/dd/yyyy): | | Age: | |
| Paid Provider? *: | N | Place of Employment: | |

## Reporter Background

| | | | |
|---|---|---|---|
| Client is Reporter: | [ ] | Anonymous Reporter? *: | No |
| Mandated Reporter? *: | Yes | Reporter: | |

Larry Cook                                                                    11:56:13 AM EDT 10/22/21

## Reporter Contact Information

| | | | |
|---|---|---|---|
| Last Name: | | First Name: | |
| Middle Initial: | | Address 1: | |
| Address 2: | | City: | |
| State: | | Zip: | |
| Phone (Home) (###-###-####): | | Phone (Work) (###-###-####): | |
| Ext: | | Phone (Mobile) (###-###-####): | |
| APS Report Source *: | | Organization: | |

## Physician Information

| | | | |
|---|---|---|---|
| Physician *: | Unknown, Unknown (Doctor) (Professional) | Last Name: | Unknown |
| First Name: | Unknown | Address 1: | |
| Address 2: | | City: | |
| State: | VA | Zip: | |
| County: | | Phone (Work) (###-###-####): | |
| Ext: | | Organization: | Not Applicable |

## Interested Person/Agency

| | | | |
|---|---|---|---|
| Interested Person/Agency *: | | Organization: | |
| Last Name: | | First Name: | |
| Address 1: | | Address 2: | |
| City: | | State: | |
| Zip: | | Mailing Address 1 (if different from physical address): | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip: | |
| Phone (Home) (###-###-####): | | Phone (Mobile) (###-###-####): | |
| Phone (Work) (###-###-####): | | Ext: | |
| Email Address: | | Witness?: | |

## Investigation Contact

| | | | |
|---|---|---|---|
| Contact *: | Izzo, Robert (Financial Institution Staff) (Professional) | Last Name: | Izzo |
| First Name: | Robert | Address 1: | 820 Follin Lane |
| Address 2: | | City: | Vienna |
| State: | VA | Zip: | 22180 |
| Phone (Home) (###-###-####): | | Phone (Work) (###-###-####): | 800-531-7174 |
| Ext: | 46659 | Phone (Mobile) (###-###-####): | 571-405-0581 |

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

| | |
|---|---|
| Email Address: | Relationship to Client: Financial Institution Staff |

## Investigation Contact

| | |
|---|---|
| Contact *: Reina, Joseph (Law Enforcement) (Professional) | Last Name: Reina |
| First Name: Joseph | Address 1: 12099 Government Center Parkway |
| Address 2: | City: Fairfax |
| State: VA | Zip: 22035 |
| Phone (Home) (###-###-####): | Phone (Work) (###-###-####): 703-246-7907 |
| Ext: | Phone (Mobile) (###-###-####): 703-345-8607 |
| Email Address: | Relationship to Client: Law Enforcement |

## Investigation Contact

| | |
|---|---|
| Contact *: Ervin, Timothy (Law Enforcement) (Professional) | Last Name: Ervin |
| First Name: Timothy | Address 1: |
| Address 2: | City: |
| State: VA | Zip: |
| Phone (Home) (###-###-####): | Phone (Work) (###-###-####): 202-439-9211 |
| Ext: | Phone (Mobile) (###-###-####): |
| Email Address: | Relationship to Client: Law Enforcement |

## Investigation Contact

| | |
|---|---|
| Contact *: Cook, Larry (Self) | Last Name: Cook |
| First Name: Larry | Address 1: 912 Baker Hill Rd |
| Address 2: | City: Herndon |
| State: VA | Zip: 20170 |
| Phone (Home) (###-###-####): 703-481-9267 | Phone (Work) (###-###-####): |
| Ext: | Phone (Mobile) (###-###-####): |
| Email Address: | Relationship to Client: Self |

## Worker Safety

Worker Safety Issues *: APS did not meet Mr. Cook or gain access to his home. Worker safety issues are unknown.

## Type of Alleged Abuse/Neglect/Exploitation

**Refer the following issues to the appropriate law enforcement agency: 1. Sexual abuse; 2. Death believed to be the result of abuse or neglect; 3. Serious bodily injury or disease believed to be the result of abuse or neglect;**

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

**4. Suspected financial exploitation of an adult; or 5. Any other criminal activity involving abuse or neglect that places the adult in imminent danger of death or serious bodily harm.**

**Deaths that may be the result of abuse or neglect shall be reported immediately to the appropriate medical examiner.**

Type of Alleged Abuse/Neglect/Exploitation (check all that apply) *

| | | | |
|---|---|---|---|
| Self-Neglect: | [ ] | Neglect: | [ ] |
| Physical Abuse: | [ ] | Mental Abuse: | [ ] |
| Sexual Abuse: | [ ] | Financial Exploitation: | [X] |
| Other Exploitation: | [ ] | Other Exploitation Explanation: | |

## Rights of Reporter Explained

| | | | |
|---|---|---|---|
| Immunity? *: | No | Identity Protection? *: | No |
| Required to provide relevant info to APS worker? *: | No | Reporter agrees to disclose to other investigators? *: | No |
| Reporter agrees to disclose to client? *: | No | Reporter agrees to disclose to client's legal representation? *: | No |
| May reporter information be printed on any documentation? *: | No | | |
| Comments: | This report is based from a state hotline report. | | |

## Determine Report Validity

| | | | |
|---|---|---|---|
| Living Identifiable Adult: | Yes | 60 years of age or older: | Yes |
| 18 - 59 years of age and incapacitated: | No | Agency of Jurisdiction: | Yes |
| Circumstances Describe A/N/E: | Yes | Report Valid? *: | Yes |
| If invalid report select a reason: | | Date Validity Determined: | 12/15/2020 |
| Previous APS Reports or Substantiated APS Investigations: | No | | |

## Initiation Decision

| | | | |
|---|---|---|---|
| Is there imminent danger to the adult or to others?: | No | Is the alleged Abuse, Neglect, or Exploitation severe?: | No |
| Do the circumstances surrounding the allegation require immediate response?: | No | Is the physical and/or mental condition of the adult affected?: | No |
| Emergency?: | No | | |

## Conflict of Interest

**DO NOT check the box until you know which locality will investigate the conflict of interest report.**

**Once you check the box you will be required to select the FIPS/Locality for the new locality Assigned to investigate the Conflict of Interest/High Visibility Report.**

**Then you will need to send the APS Report/Investigation to the locality assigned to investigate using an APS program transfer from your locality to the new locality's APS Program.**

**When that locality accepts the APS Report/Investigation it will be restricted to only authorized users in the locality assigned to investigate.**

Larry Cook                                                                                        11:56:13 AM EDT 10/22/21

Check only if Conflict of Interest  [ ]
or High Visibility Report for
Locality of Jurisdiction:

## Transfer Report

Transfer To: [                    ]

## Report Close

**If you selected Report Close Reason = Sent for Investigation you must click on Save in order for the investigation links to display.**

Report Close Reason: | Sent for Investigation |          Report Close Date: | 12/15/2020 |

### Investigation Assessment

### Assessment of Environment

Assess the daily living environment to make a judgment whether it contributes to the adult's endangerment. This may include the structural soundness of the dwelling; adequate heating and cooling; working toilet facilities/utilities; adequate refrigeration/food storage; ability to summon help; no animal/rodent/insect infestation; or no other endangering housing deficiencies.

Should include identification of type and feasibility of needed improvements/changes to the adult's environment, and whether the adult is isolated.

Assessment of Environment
(required before making
disposition unless invalid):

| Mr. Cook lives in a single family detached home. The exterior of the home appeared to be in need of renovation as evidenced by a window in the garage that was broken. There was a van parked near the garage with old registration tags that looked like it had not been moved in years.
APS did not gain access into the home. No assessment can be provided. |

Living Setting at Start of
Investigation:

| Own residence or
residence of relative or
caregiver |

### Assessment of Functional Ability

An assessment of the adult's ability to manage activities of daily living (ADLs); evaluate the individual's ability to bathe, dress, use toilet, transfer, and eat.

Also consider instrumental ADLs (IADLs) including the ability to use the telephone, shop, prepare food, perform housekeeping/laundry tasks, assume responsibility for medication, and manage their finances.

Reports from physicians/other health care providers should be requested as needed to determine the adult's functional abilities and need for protective services.

Assessment of Functional
Ability (required before making
disposition unless invalid):

| Mr. Cook refused to meet with APS. His functional abilities are unknown. |

ADL Score: [                    ]          IADL Score: [                    ]

### Assessment of Physical Health

Base an assessment of the adult's physical health on reports of illness/disabilities/symptoms reported by the adult/friends/relatives/other contacts/APS worker's observation of apparent medical problems.

Include the adult's current medical condition and used services; number and types of current medication(s) (prescription and non-prescription)

Page 6 of 14

and if prescribed by multiple physicians; diet/eating habits; and the adult`s need for assistive devices (eyeglasses/hearing aids/dentures/mobility aids, etc.)

| | |
|---|---|
| Assessment of Physical Health (required before making disposition unless invalid): | Mr. Cook refused to meet with APS. His medical history is unknown. |
| Client`s Disabilities: | |

## Assessment of Mental/Psychosocial Health

An APS worker`s assessment of the adult`s psychological functioning cannot replace a formal clinical evaluation but can suggest a psychological condition is present and contributing to the adult`s endangerment.

This assessment can provide a reason for recommending a more complete assessment by a mental health professional. Areas to consider when assessing psychosocial status include the appropriateness of the adult`s

general appearance and consistency with their age/social/economic status (appropriateness of dress/personal hygiene); the adult`s perceived emotional/behavioral problem; the adult`s orientation to person/place/

time/memory/judgment capacity; manifestations of emotional or behavioral problems (insomnia/crying spells/depression/agitation/delusions/hallucinations, etc.); major life changes/crises in the past year;

ability to follow simple instructions/manage finances/respond appropriately to questions; self-endangering behavior (suicidal behavior/refusal of medical treatment/self-neglect/aggression);

and the APS worker`s evaluation regarding the adult`s ability to make responsible, rational, and information decisions and understand the probable consequences of their decisions.

| | |
|---|---|
| Assessment of Mental/ Psychosocial Health (required before making disposition unless invalid): | Mr. Cook refused to meet with APS. His mental health history is unknown. He refused to provide any information about himself. The two questions from the depression screening were not asked. |
| Behavioral Health Screenings or Diagnoses (by APS Agency): | |

## Assessment of Support System

To assess the adult`s support system, the APS worker must identify family/friends/neighbors/religious/other voluntary groups/formal supports comprising the adult`s social network.

Consider the following: 1) are family/friends/neighbors/organizations available to assist them?;

2) are these persons/organizations able to provide effective and reliable assistance?; and

3) what is the frequency/quality of assistance available to the adult from informal/formal support systems?

| | |
|---|---|
| Assessment of Support System (required before making disposition unless invalid): | Mr. Cook refused to meet with APS. His support network is unknown. His financial account does not have a POA associated with it. |
| Substitute Decision Makers at Start (of APS investigation): | |

## Assessment of Income and Resources

Assess the adult`s knowledge of their income/resources and ability to manage their financial affairs.

Dementia/disorientation/short-term memory loss can leave an individual vulnerable to financial exploitation or to self-neglect.

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

If the adult is unable to discuss their income and financial management ability, the worker should contact family members/support friends/substitute decision makers/financial institutions having knowledge of their income/resources.

| Assessment of Income and Resources (required before making disposition unless invalid): | Mr. Cook refused to meet with APS. His income and resources appear to be limited to Social Security and multiple pensions. |
|---|---|
| Income Level: | |
| Benefits: | Social Security Retirement Benefits |

## Risk of Harm

| Risk of Harm *: | Mr. Cook refused to meet or talk extensively with APS. APS learned that wire transfers continued to occur after the referral had been received. The risk for financial exploitation is high. |
|---|---|

## Immediate Response Actions

| Actions taken during an immediate response to an APS Report: | No immediate actions were taken. |
|---|---|

## Investigative Findings

| Analysis of Findings *: | Mr. Larry Cook is a 75-year-old male who lives in a detached single-family home in Herndon. His medical and mental health histories are unknown. Mr. Cook refused to meet with APS. As a result, there is no information about his ability to perform ADLs and IADLs and his support network. |
|---|---|
| | Fairfax County APS received a referral that indicated that Mr. Cook was at risk of financial exploitation. According to the allegation, between 10/06/2020 and 12/11/2020, outgoing wires from Mr. Cook's checking account were conducted in a manner indicative of possible elder financial exploitation, totaling $1,304.700. Two outgoing wires on 10/06/2020 and 10/07/2020 were sent to an individual in Singapore. The remaining 25 wires were sent to multiple people in Thailand. The reason provided for the outgoing wires was loan repayment. The allegation noted that bank representatives spoke to Mr. Cook on numerous occasions that he was being victimized but he still wanted to proceed with the money transfers. It was reported in the allegation that the other account activity appears to be normal transactions and bill payments. Mr. Cook does not have a history of sending transfers to either Singapore or Thailand prior to October 2020. |
| | The disposition is need for protective services exists - refuses. Mr. Cook was approached via telephone conversations on two occasions by this APS worker. On both phone calls, Mr. Cook refused to speak in depth about the financial exploitation concern and became angry that anyone had suggested that he was being victimized. APS submitted a request for bank documentation and had not received Mr. Cook's statements by the end of the 45-day investigation period. Conversations with his bank that occurred at the beginning and end of the APS investigation revealed that wire transfers continued after the referral had been received. The APS investigation was a joint investigation with Fairfax County Financial Crimes. APS made a referral to the FBI due to the large amount of money transferred to international accounts. APS was not able to obtain any information about Mr. Cook's support network and as a result, did not speak to anyone within his social circle who may have been able to privately address the concern. APS communicated to Mr. Cook's bank that there was a risk for financial exploitation and asked that his accounts continued to be monitored. |

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

| Client's Living Setting at Close of Investigation: | 11 |
|---|---|
| Substitute Decision Makers at Close (of APS Investigation): | |

## Type of Substantiated Abuse/Neglect/Exploitation (Check all that apply.)

| Self-Neglect: | [ ] | Neglect: | [ ] |
|---|---|---|---|
| Physical Abuse: | [ ] | Mental Abuse: | [ ] |
| Sexual Abuse: | [ ] | Other Exploitation: | [ ] |
| Financial Exploitation: | [X] | Other Exploitation Explanation: | |

**Type of Financial Exploitation**

| Known or estimated amount of monetary loss: | 1039000.00 | Amount Recovered: | .00 |
|---|---|---|---|
| Theft: | [ ] | Fraud: | [X] |
| Forgery: | [ ] | Unauthorized Credit Card Use: | [ ] |

## Legal

| Legal Action Required: | No | Initiated by LDSS: | No |
|---|---|---|---|
| Type of Legal Action: | [ ] | | |
| Type of Guardian: | | Was this a joint investigation? | Yes |
| If the joint investigation is yes, you must select one or more agencies that participated in the Investigation: | Law Enforcement | | |

## Waiver Status

| Current Waiver Recipient? | No | Waiver Type: | |
|---|---|---|---|
| Medicaid No (required when Current Waiver Recipient is yes): | | Show Medicaid Providers for All Agencies: | N |
| Medicaid Provider Name: | | | |

## Service Needs

**Choose your services and save. Once you save, you will see a `Create Service Plan` button that will automatically create a Service Plan in the Service Planning Summary section on the Registration (case) form."**

| Service Need 1: | Case Management Services | Service Need Status 1: | Refuses |
|---|---|---|---|
| Service Need 2: | Counseling | Service Need Status 2: | Refuses |
| Service Need 3: | | Service Need Status 3: | |
| Service Need 4: | | Service Need Status 4: | |
| Service Need 5: | | Service Need Status 5: | |

## APS Note

| Status: | Draft | Event Date: | 01/29/2021 |
|---|---|---|---|

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

| | | | |
|---|---|---|---|
| Contact With: | Federal Credit Union, Navy (Agency) (Professional) | Event Time(h:mm AM/PM): | 1:30 PM |
| Note Type *: | Email | Author: | 1212700 |
| Subject: | received bank documents. | | |
| Notes: | Worker received a copy of the client's Navy Federal CC account. Uploaded into attachment. | | |

## APS Note

| | | | |
|---|---|---|---|
| Status: | Draft | Event Date: | 01/28/2021 |
| Contact With: | | Event Time(h:mm AM/PM): | 10:15 AM |
| Note Type *: | Email | Author: | 1212700 |
| Subject: | Needs and refuses dispositon letter mailed to | | |
| Notes: | Needs and Refuses disposition letter was mailed to client and reporter. | | |

## APS Note

| | | | |
|---|---|---|---|
| Status: | Draft | Event Date: | 01/28/2021 |
| Contact With: | | Event Time(h:mm AM/PM): | 10:00 AM |
| Note Type *: | Addendum | Author: | 1212700 |
| Subject: | Summary | | |
| Notes: | Mr. Larry Cook is a 75-year-old male who lives in a detached single-family home in Herndon. His medical and mental health histories are unknown. Mr. Cook refused to meet with APS. As a result, there is no information about his ability to perform ADLs and IADLs and his support network. | | |

Mr. Larry Cook is a 75-year-old male who lives in a detached single-family home in Herndon. His medical and mental health histories are unknown. Mr. Cook refused to meet with APS. As a result, there is no information about his ability to perform ADLs and IADLs and his support network.

Fairfax County APS received a referral that indicated that Mr. Cook was at risk of financial exploitation. According to the allegation, between 10/06/2020 and 12/11/2020, outgoing wires from Mr. Cook's checking account were conducted in a manner indicative of possible elder financial exploitation, totaling $1,304.700. Two outgoing wires on 10/06/2020 and 10/07/2020 were sent to an individual in Singapore. The remaining 25 wires were sent to multiple people in Thailand. The reason provided for the outgoing wires was loan repayment. The allegation noted that bank representatives spoke to Mr. Cook on numerous occasions that he was being victimized but he still wanted to proceed with the money transfers. It was reported in the allegation that the other account activity appears to be normal transactions and bill payments. Mr. Cook does not have a history of sending transfers to either Singapore or Thailand prior to October 2020.

The disposition is need for protective services exists - refuses. Mr. Cook was approached via telephone conversations on two occasions by this APS worker. On both phone calls, Mr. Cook refused to speak in depth about the financial exploitation concern and became angry that anyone had suggested that he was being victimized. APS submitted a request for bank documentation and had not received Mr. Cook's statements by the end of the 45-day investigation period. Conversations with his bank that occurred at the beginning and end of the APS investigation revealed that wire transfers continued after the referral had been received. The APS investigation was a joint investigation with Fairfax County Financial Crimes. APS made a referral to the FBI due to the large amount of money transferred to international accounts. APS was not able to obtain any information about

Mr. Cook's support network and as a result, did not speak to anyone within his social circle who may have been able to privately address the concern. APS communicated to Mr. Cook's bank that there was a risk for financial exploitation and asked that his accounts continued to be monitored.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** | Draft | **Event Date:** | 01/27/2021 |
| **Contact With:** | Reina, Joseph (Law Enforcement) (Professional) | **Event Time(h:mm AM/PM):** | 1:30 PM |
| **Note Type \*:** | Email | **Author:** | 1212700 |
| **Subject:** | Email | | |

**Notes:** Worker followed up with Detective Reina about the client. Worker was told that no effort was made because worker had made a referral to the FBI.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** | Draft | **Event Date:** | 01/27/2021 |
| **Contact With:** | Ervin, Timothy (Law Enforcement) (Professional) | **Event Time(h:mm AM/PM):** | 1:30 PM |
| **Note Type \*:** | Email | **Author:** | 1212700 |
| **Subject:** | email | | |

**Notes:** Worker sent a followup email to Mr. Ervin and learned that the FBI redirected their staff to investigate the 1/6 Capital Riot. No effort was made to meet the client due to the protest investigation. Worker was told that an effort will be made to meet the client sometime in the week due to the large amount of money transferred abroad.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** | Draft | **Event Date:** | 01/27/2021 |
| **Contact With:** | Izzo, Robert (Financial Institution Staff) (Professional) | **Event Time(h:mm AM/PM):** | 11:15 AM |
| **Note Type \*:** | Collateral Call | **Author:** | 1212700 |
| **Subject:** | conversation | | |

**Notes:** Worker spoke to Mr. Izzo about the client. Worker stated that the client refused to meet with APS. Worker was told that the client continued to transfer money out after December. Worker explained APS policy, investigation period, and the disposition process and expressed a desire that Navy Federal CC monitor the client's wire transfers because the risk has not been resolved.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** | Draft | **Event Date:** | 01/27/2021 |
| **Contact With:** | Cook, Larry (Self) | **Event Time(h:mm AM/PM):** | 10:45 AM |
| **Note Type \*:** | Collateral Call | **Author:** | 1212700 |

| Larry Cook | 11:56:13 AM EDT 10/22/21 |
|---|---|

**Subject:** Conversation

**Notes:** Worker spoke to the client for less than 5 minutes. Worker stated that he was following up about the APS referral that was received that indicated that he may be at risk of financial exploitation. Client yelled that he was doing what he wanted to do with his money and it was none of the social worker's business. Worker acknowledged his response and explained that many seniors are being targeted by overseas financial scams and do not realize that they are being exploited. Client yelled that the situation was none of this worker's business. Worker asked if he had explored the concern that any money that he was transferring abroad may be a financial scam and was told that the client was spending the money the way that he wanted to and it was none of this worker's business. Phone call ended.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** Draft | | **Event Date:** 01/21/2021 | |
| **Contact With:** Federal Credit Union, Navy (Agency) (Professional) | | **Event Time(h:mm AM/PM):** 11:30 AM | |
| **Note Type *:** Fax | | **Author:** 1212700 | |
| **Subject:** Request for Finanical Documentation | | | |

**Notes:** Worker sent a request for financial documentation.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** Draft | | **Event Date:** 01/11/2021 | |
| **Contact With:** Cook, Larry (Self) | | **Event Time(h:mm AM/PM):** 10:45 AM | |
| **Note Type *:** Collateral Call | | **Author:** 1212700 | |
| **Subject:** Attempted call | | | |

**Notes:** Worker attempted to contact the client. No answer.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** Draft | | **Event Date:** 01/07/2021 | |
| **Contact With:** Ervin, Timothy (Law Enforcement) (Professional) | | **Event Time(h:mm AM/PM):** 1:15 PM | |
| **Note Type *:** Email | | **Author:** 1212700 | |
| **Subject:** Referral | | | |

**Notes:** Worker made a referral to the FBI about the client.

## APS Note

| | | | |
|---|---|---|---|
| **Status:** Draft | | **Event Date:** 12/22/2020 | |
| **Contact With:** Cook, Larry (Self) | | **Event Time(h:mm AM/PM):** 3:00 PM | |
| **Note Type *:** Collateral Call | | **Author:** 1212700 | |
| **Subject:** Conversation | | | |

Notes: Worker spoke to the client about the APS referral. Worker explained APS policy which included the agency`s mission, investigation period, and disposition. Worker stated that he went to the client`s home and left a card the previous Friday.
Client wanted to know who made the referral and worker explained that confidentiality policy. Client became angry. Worker explained that the issue was that seniors were being targeted by out of country scammers. Client reported that he was repaying a loan. Worker inquired about taking out a loan from a foreign country and not from the U.S. Client stated that he wasn`t doing anything that he didn`t want to do. Worker acknowledged the clients choice to make a decision. Worker asked if they could meet and expressed concern that the client may be scammed out of a large amount of money. Worker stated that the loan is unusually large and isn`t directed to banks or institutions. Client got mad and said no. Worker explained that the client will likely hear from a financial crimes officer and he would check in on him again in January. Client stated that he wouldn`t want to hear from him. Worker thanked the client.

## APS Note

| | | | |
|---|---|---|---|
| Status: | Draft | Event Date: | 12/22/2020 |
| Contact With: | Reina, Joseph (Law Enforcement) (Professional) | Event Time(h:mm AM/PM): | 12:45 PM |
| Note Type *: | Email | Author: | 1212700 |
| Subject: | email exchange | | |

Notes: Worker emailed Officer Reina to report that this worker spoke to the client who became angry and refused to meet with this worker. Worker expressed concern bc the client has transferred over a $1million to overseas accounts.

## APS Note

| | | | |
|---|---|---|---|
| Status: | Draft | Event Date: | 12/21/2020 |
| Contact With: | Reina, Joseph (Law Enforcement) (Professional) | Event Time(h:mm AM/PM): | 12:45 PM |
| Note Type *: | Email | Author: | 1212700 |
| Subject: | Email exchange | | |

Notes: Worker received an email from Detective Reina about the client. Worker stated that he has made an effort via a home visit but has not had any contact with the client.

## APS Note

| | | | |
|---|---|---|---|
| Status: | Draft | Event Date: | 12/18/2020 |
| Contact With: | Cook, Larry (Self) | Event Time(h:mm AM/PM): | 3:15 PM |
| Note Type *: | Home Visit | Author: | 1212700 |
| Subject: | Unannounced home visit | | |

Notes: Worker conducted an unannounced home visit. No one answered the door. Worker left a card.
Worker noticed that the exterior of the home appeared to not have been well kept – home looked like it had not been painted, there was a broken window in the garage and an old van with expired tags in the driveway.

Larry Cook                                                                11:56:13 AM EDT 10/22/21

### Certification/Disposition

By checking the box below, I certify I assessed the following areas and entered my analysis of the findings in the following sections:

Environment, Functional Ability, Physical Health, Mental/Psychosocial Health, Support System, Income and Resources, Risk of Harm, and Analysis of Findings.

I certify the above is true *:   [X]

**Prior to making disposition, remember to enter at least one alleged/actual perpetrator if the investigation is not unfounded or invalid. Also ensure you filled out the Investigation Initiation Date and Date Face to Face Interview with Client Completed.**

**Whenever you disposition an APS investigation, please remember to send the appropriate notification letter.**

Disposition:   Needs Protective Services - Refused

Date of Disposition *:   02/01/2021

Scheduled Purge Date *:   02/01/2026

Page 14 of 14

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

RE:   **ESTATE OF LARRY W. COOK, deceased**          )          **CL-2021-10909**
                                                                                    )          **FI-2021-0001199**

### ORDER

THIS MATTER came before the Court upon the Administrator's Petition for Issuance of Subpoenas *Duces Tecum* and for Grant of Powers Pursuant to Va. Code § 64.2-106; and it

APPEARING TO THE COURT that Larry W. Cook died intestate on April 29, 2021, a resident of Fairfax County, Virginia.; and it further

APPEARING TO THE COURT that Janine Williamson Satterfield qualified before this Court as the Administrator of the Estate of Larry W. Cook on June 14, 2021; and it further

APPEARING TO THE COURT that Va. Code § 8.01-407 provides the Clerk of this Court with authority to issue subpoenas *duces tecum* such that Janine Williamson Satterfield request for issuance of subpoenas *duces tecum* to: (1) Navy Federal Credit Union, (2) Wells Fargo Bank, N.A., (3) J.P. Morgan Chase Bank, N.A. (aka Chase Bank), (4) Comerica Bank and (5) T. Rowe Price Investment Services, Inc. is appropriate; and it further

APPEARING TO THE COURT that since Larry W. Cook died intestate, it is appropriate for Janine Satterfield to be granted of all the powers set forth in Va. Code § 64.2-105 in accordance with Va. Code § 64.2-106, with the exception of the power of sale over real estate, which should be brought by separate petition or motion to be brought before this Court, with notice given to the heirs-at-law; wherefore it is

ADJUDGED, ORDERED and DECREED that Janine Williamson Satterfield's request for issuance of a subpoena *duces tecum* by the Clerk of this Court to (1) Navy Federal Credit

*Order*
*Page 1 of 3*

**EXHIBIT**
**7**

Union, (2) Wells Fargo Bank, N.A., (3) J.P. Morgan Chase Bank, N.A. (aka Chase Bank), (4) Comerica Bank and (5) T. Rowe Price Investment Services, Inc. is hereby granted; and it is further

ADJUDGED, ORDERED and DECREED that the subpoenas *duces tecum* have been issued by the Clerk of this Court to wit: (1) Navy Federal Credit Union: Corporation Service Company, Registered Agent, 100 Shockoe Slip Fl 2, Richmond, Virginia 23219; (2) Wells Fargo Bank, N.A.: Corporation Service Company, Registered Agent, Corporation Service Company, Registered Agent, 100 Shockoe Slip Fl 2, Richmond, VA 23219-4100; (3) J.P. Morgan Chase Bank, N.A. (aka Chase Bank): C T Corporation System, Registered Agent, C T Corporation System, Registered Agent, 4701 Cox Rd., Suite 285, Glen Allen, VA 23060; (4) Comerica Bank: Corporate Creations Network Inc., Registered Agent, 425 W. Washington St., Suite 4, Suffolk, VA 23434-5320; and (5) T. Rowe Price Investment Services, Inc.: C T Corporation System, Registered Agent, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808; and it is further

ADJUDGED, ORDERED and DECREED that the issuance of said subpoenas *duces tecum* by the Clerk of this Court to (1) Navy Federal Credit Union, (2) Wells Fargo Bank, N.A., (3) J.P. Morgan Chase Bank, N.A. (aka Chase Bank), (4) Comerica Bank and (5) T. Rowe Price Investment Services, Inc. is appropriate is hereby approved; and it is further

ADJUDGED, ORDERED and DECREED that Janine Williamson Satterfield may make additional requests to the Clerk of the Circuit Court for the issuance of subpoenas *duces tecum* upon companies, organizations and/or institutions related to the wire transfers disclosed in the Motion and for which such company, organization and/or institution refuses to provide information to Ms. Satterfield, in her capacity as Administrator of the Estate of Larry W. Cook; and it is further

ADJUDGED, ORDERED and DECREED that in accordance with Va. Code § 64.2-106, Janine Williamson Satterfield, as Administrator of the Estate of Larry W. Cook is hereby granted

all of those powers set forth in Va. Code § 64.2-105(B)(1) through (22) which are hereby

incorporated by reference, with the exception of the power to sell real estate which shall require a

separate petition or motion to be brought before this Court, with notice given to the heirs-at-law.

ENTERED THIS ___13___ DAY OF ___August___, 2021.

_____
JUDGE

**I ASK FOR THIS:**

**HALE BALL**
**Carlson Baumgartner Murphy, PLC**

_____
**KIMBERLEY ANN MURPHY (VSB No. 45691)**
kmurphy@haleball.com
**LISA M. CAMPO (VSB No. 85898)**
lcampo@haleball.com
10511 Judicial Drive
Fairfax, Virginia 22030
Telephone: (703) 591-4900
Facsimile: (703) 591-5082
*Counsel for Janine Williamson Satterfield, Administrator of*
*the Estate of Larry W. Cook, deceased*

*Order*
*Page 3 of 3*



EXHIBIT
8



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods and diverse communities of Fairfax County

January 28, 2021

Robert Izzo
Navy Federal Credit Union
820 Follin Lane
Vienna, Virginia 22180

Dear Mr. Izzo:

This is in response to your report of 12/15/2020 alleging that Larry Cook may be at risk of abuse, neglect or exploitation. The investigation has been completed, and at this time, Mr. Cook is in need of protective services. Available and appropriate services will be offered.

Please call the Adult Protective Services Hotline at (703) 324 – 7450 if you have further concerns.

Sincerely,

*Sean Gray*

Sean Gray
Social Services Specialist
Adult Protective Services

cc:   Rachel Throm, Supervisor, Adult Protective Services

Fairfax County is committed to nondiscrimination on the basis of disability in all county programs, services and activities. Reasonable accommodations will be provided upon request. For information, call the Department of Family Services at 703-324-7800, TTY 703-222-9452.

**Department of Family Services**
**Adult and Aging Division**
12011 Government Center Parkway, Suite 500, Fairfax, VA 22035
703-324-7800/TTY 703-449-1186/Fax 703-818-1522
www.fairfaxcounty.gov/dfs



Fairfax County Department of
Family Services