**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| IN RE:  ESTATE OF LARRY W. COOK  Deceased<br><br>JANINE SATTERFIELD, in Her capacity as Administrator for the Estate of Larry W. Cook,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>　　　　*Defendants*. | Civil No. 1:23-cv-00009 CMH/LRV |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

Please take notice that pursuant to Local Rule 7(E), the parties do not seek oral argument on their Joint Motion for Short Stay of Discovery [ECF No. 25]. Accordingly, the parties submit the Motion to the Court without a hearing.

Dated: February 27, 2023

Respectfully submitted,

**NAVY FEDERAL CREDIT UNION**

By: /s/ Mary C. Zinsner
Mary C. Zinsner, VSB 31397
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: 202-274-1932
Facsimile: 703-448-6514
Email: mary.zinsner@troutman.com

David M. Gettings, VSB 80394
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000

1

Virginia Beach, VA 23462  
Telephone: (757) 687-7500  
Facsimile: (757) 687-7510  
Email: david.gettings@troutman.com  

*Counsel for Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Kimberley Ann Murphy, Esq.  
Lisa M. Campo  
HALE BALL CARLSON BAUMGARTNER MURPHY, PLC  
10511 Judicial Drive  
Fairfax, VA 22030  
Tel: (703) 591-4900  
Fax: (703) 591-5082  
kmurphy@haleball.com  
lcampo@haleball.com  
*Counsel for Plaintiff*

Heather B. Chaney, Esq.  
MCGUIRE WOODS  
1750 Tysons Boulevard, Suite 1800  
Tysons, VA 22102  
Tel: (703) 712-5015  
Fax: (703) 712-5236  
hchaney@mcguirewoods.com  
*Counsel for Wells Fargo & Company*

*/s/ Mary C. Zinsner*  
Mary C. Zinsner (VA Bar No. 31397)

145998216v1