IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: ESTATE OF LARRY W. COOK<br>    Deceased<br><br>JANINE SATTERFIELD, in her<br>Capacity for the Estate of<br>Larry W. Cook,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:23-cv-00009<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motions to Dismiss are GRANTED and this case is DISMISSED.

                                                /s/ Claude M. Hilton
                                                CLAUDE M. HILTON
                                                UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 15, 2023