**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **IN RE: ESTATE OF LARRY W. COOK,** )<br>   **Deceased** )<br>_____ ) | |
| **JANINE SATTERFIELD,** )<br>**in Her Capacity as Administrator for the** )<br>**Estate of Larry W. Cook,** )<br> )<br>      **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**WELLS FARGO & COMPANY,** *et al.,* )<br> )<br>      **Defendants.** )<br>_____ ) | **Case No. 1:23 – cv-00009 CMH/LRV** |

<u>**PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**</u>

Plaintiff, Janine Satterfield, in her capacity as Administrator for the Estate of Larry W.

Cook ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 59, moves this

Court to alter or amend the judgment entered on May 15, 2023 by the Court's Memorandum

Opinion and Order (Dkt. Nos. 53 and 54). In support of this Motion, Plaintiff relies on all the

filings of record and the memorandum filed herewith.

WHEREFORE, Plaintiff Janine Satterfield, in her capacity as Administrator for the

Estate of Larry W. Cook respectfully requests that this Court grant her Motion to Alter or Amend

Judgment, rescind its May 15, 2023 Order, grant Plaintiff permission to file an amended

complaint, and reinstate this case on the trial docket, and grant all further relief that this Court

finds equitable and just.

1

Respectfully submitted,

**JANINE SATTERFIELD, in Her
Capacity as Administrator for the Estate
of Larry W. Cook,**
By Counsel

**HALE BALL MURPHY, PLC**

_/s/Kimberley Ann Murphy_____
**KIMBERLEY ANN MURPHY, ESQ. (VSB No. 45691)**
kmurphy@haleball.com
**Lisa M. Campo (VSB No. 85898)**
lcampo@haleball.com
**JUSTIN B. BERGER, ESQ. (VSB No. 87314)**
jberger@haleball.com
10511 Judicial Drive
Fairfax, Virginia 22030
Telephone: (703) 591-4900
Facsimile: (703) 591-5082
_Counsel for Plaintiff_

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this June 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Mary C. Zinsner, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: 202-274-1932
Facsimile: 703-448-6514
Email: mary.zinsner@troutman.com

David M. Gettings, Esq.
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: david.gettings@troutman.com

*Counsel for Navy Federal Credit Union*

Heather B. Chaney, Esq.
MCGUIRE WOODS
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Tel: (703) 712-5015
Fax: (703) 712-5236
hchaney@mcguirewoods.com
*Counsel for Wells Fargo & Company*

  /s/Kimberley Ann Murphy_____
        Kimberley Ann Murphy