IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|   |   |
|---|---|
| IN RE: ESTATE OF LARRY W. COOK )<br>Deceased )<br> )<br>JANINE SATTERFIELD, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>WELLS FARGO & COMPANY, )<br>et al., )<br> )<br>Defendants. ) | Civil Action No. 1:23-cv-9 |

### ORDER

THIS MATTER comes before the Court on Plaintiff Janine Satterfield's Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59.

Rule 59(e) of the Federal Rules of Civil Procedure governs motions to alter or amend a judgment. Rule 59(e) states a "motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e). It is well-settled, that there are only three limited grounds for granting a motion to alter or amend a judgment: 1) to accommodate an intervening change in controlling law; 2) to account for new evidence not available at trial; or 3) to

1

correct a clear error of law or prevent manifest injustice. See Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir.1993).

It appearing to the Court that there has been no intervening change in controlling law, no new evidence not previously available, and no clear error of law or manifest injustice to be prevented, its previous Order and Memorandum Opinion dated May 15, 2023, were correct for the reasons stated. Accordingly, it is hereby

ORDERED that Plaintiff's Motion to Alter or Amend Judgment is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 9, 2023