IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: ESTATE OF LARRY W. COOK,
       Deceased

JANINE SATTERFIELD, Individually and in
Her capacity as Administrator for the Estate of
Larry W. Cook,

       Plaintiff,                      Civil No. 1:23-cv-00009 CMH/LRV

v.

WELLS FARGO & COMPANY, et al.,

       Defendants.

## **NOTICE OF APPEAL**

Plaintiff, Janine Satterfield, in her capacity as Administrator for the Estate of Larry W. Cook, gives notice of her appeal of this Court's August 9, 2023 judgment in this case. This appeal is taken to the United States Court of Appeals for the Fourth Circuit.

                                        JANINE SATTERFIELD, in her capacity as
                                        Administrator for the Estate of
                                        LARRY W. COOK

                            By:    /s/ Kimberley Ann Murphy
                                      Of Counsel

Kimberley Ann Murphy, Esq. (VBN 45691)
Lisa M. Campo, Esq. (VBN 85898)
Justin B. Berger, Esq. (VBN 87314)
Hale Ball Murphy, PLC
10511 Judicial Drive
Fairfax, Virginia 22030
Telephone (703) 591-4900
Facsimile (703)591-5082
kmurphy@haleball.com
lcampo@haleball.com
jberger@haleball.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this September 7, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Mary C. Zinsner, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C., 20004
Telephone: 202-274-1932
Facsimile: 703-448-6514
Email: mary.zinsner@troutman.com

David M. Gettings, Esq.
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: david.gettings@troutman.com
*Counsel for Navy Federal Credit Union*


Heather B. Chaney, Esq.
MCGUIRE WOODS
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Tel: (703) 712-5015
Fax: (703) 712-5236
hchaney@mcguirewoods.com

*Counsel for Wells Fargo & Company*


                                               /s/Kimberley Ann Murphy
                                                Kimberley Ann Murphy